ERIC P. ISRAEL (State Bar No. 132426)
*EPI@LNBYG.COM*
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Ave.
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244

Attorneys for Sam S. Leslie, Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

In re

HAEDEUK YAE,

Debtor.

Case No. 2:24-bk-19380-BR

Chapter 7

**TRUSTEE'S NOTICE OF HEARING ON MOTION TO APPROVE COMPROMISE WITH CHROMOLOGIC, LLC AND NARESH MENON AND FOR ANCILLARY RELIEF**

Date: May 12, 2026
Time: 10:00 a.m.
Place: Courtroom "1668"
255 E. Temple St.
Los Angeles, CA 90012

PLEASE TAKE NOTICE THAT on May 12, 2026, at 10:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom "1668" at 255 E. Temple Street, Los Angeles, California, Sam S. Leslie, the Chapter 7 trustee (the "Trustee") for the estate of Haedeuk Yae (the "Debtor" and the "Estate"), will and hereby does move the Court for an order (the "Motion") approving a Settlement Agreement between the Trustee and Chromologic, LLC ("Chromologic") and Naresh Menon ("Menon") (collectively the "Defendants").

The Debtor, jointly with Donald Johnson ("Johnson") (collectively the "Co-Relators") under the Federal Claims Act (the "FCA"), brought a lawsuit against the Defendants, alleging, among other things, that their former employer, Chromologic, had falsified records and research, and submitted fraudulent bills to various agencies of the federal government. The Lawsuit was

eventually transferred to the United States District Court for the Central District of California (the "District Court" and the "Lawsuit"), where it remains pending. Pursuant to the FCA, the Co-Relators offered the Lawsuit to the federal government, which declined to take over the Lawsuit. As a result, the Co-Relators would be entitled to between 25 and 30 percent of any recovery. The Trustee was advised that the Lawsuit potentially could be worth many millions of dollars.

The Co-Relators were represented by McInnis Law and certain co-counsel (collectively "McInnis" or "Special Counsel"). After the Debtor filed bankruptcy and the Trustee was appointed, the Trustee retained McInnis as his special litigation counsel. Among other things, the employment order provided that all fees and costs were subject to allowance by the Court under 11 U.S.C. § 328.

During the course of litigation, the District Court struck certain valuable theories because Special Counsel had failed to plead them in the operative complaint. After two mediation sessions, the parties agreed, subject to approval of the federal government, the District Court and the Bankruptcy Court, that the Defendants would pay $500,000 for damages and $450,000 for statutory attorneys' fees, for a total of $950,000. Payments are to be made over time. The parties also trade mutual releases. The settlement agreement restates that the attorneys' fees and costs are subject to approval of the Bankruptcy Court. Payments are to be made over time, with first payments paid to the federal government. The federal government eventually agreed that the Co-Relators would be entitled to 28.5% of the recovery. All parties signed off on the settlement agreement and to date all other approvals have been received, and the settlement is only subject to Bankruptcy Court approval, as is allowance of attorneys' fees and costs.

The proposed settlement will not allow the Trustee to pay a meaningful distribution to creditors in its present form. The Trustee is not seeking through this motion to allow attorneys' fees and costs of Special Counsel, as the Trustee disputes the sums they are asserting. Among other things, the Trustee believes that the sums sought are disproportionate to the recovery and that Special Counsel committed malpractice by failing to ensure that all appropriate theories were included in the operative complaint, including fraud in the inducement. The Trustee makes the following projections:

| | |
|---|---|
| Settlement amount): | $500,000.00 |
| Statutory Attorneys' fees | $450,000.00 |
| Total Settlement Payment | $950,000.00 |
| | |
| Damages | $500,000.00 |
| Less: 71.5% to federal government | <$357,500.00> |
| Subtotal for Co-Relators | $142,500.00 |
| Special Counsel: fees (@33 1/3rd%) | <$47,500.00> |
| Special Counsel: costs | <0>[1] |
| Sum left for Co-Relators | $95,000.00 |
| Debtor's share (@ 50%) | $47,500.00 |
| Less: Debtor's Exemption | $23,050.00 |
| Sum for Estate: | $24,450.00 |
| | |
| Sums for Special Counsel (statutory fees): | $490,000.00 |
| + contingency fee | $47,500.00 |
| Total for Special Counsel | $537,500.00 |

Thus, absent an adjustment, Special Counsel would be receiving $537,500.00, and the Co-Relators would be projected to receive a total of $95,000.000, or only 10,0% of the total, split evenly between them. That sum will cover the Debtor's allowed exemption, but only about 40% of administrative expenses, leaving nothing for pre-petition creditors.

The District Court has ordered the Trustee to file this Motion by March 27, 2026.

By the Motion, the Trustee seeks approval of the Settlement with the Defendants, with a full reservation of how those fees and costs should be allocated. Because the Trustee has a dispute

[1] Special counsel has incurred costs of $65,262.93, but has agreed not to collect that from the Co-Relators' share.

with Special Counsel, the Trustee requests that the Court set a deadline of 60 days from the date of approval of this compromise to file its final fee application so the Court can determine the allowed amount of fees and costs. The Trustee further requests that the Court direct that the payment of the settlement sum and attorneys' fees, net of sums payable to the U.S. Government, or $592,500, be directed to the Trustee to be held in a segregated account, to be disbursed only pursuant to further order from this Court. The Trustee further requests authority to pay Donald Johnson his share and the Debtor up to the amount of his exemption.

The Motion will be based on this notice and separately filed Motion, and its Memorandum of Points and Authorities, Declarations of Sam S. Leslie and Timothy J. McInnis and Request for Judicial Notice, all of which are attached thereto, the papers and pleadings in the Debtor's bankruptcy case, and such other evidence that may be presented at the hearing. For further information, see the Motion.

NOTICE IS HEREBY FURTHER GIVEN that, pursuant to Local Bankruptcy Rule 9013-1(f), any response to the Motion shall be in writing, filed with the Court and served upon counsel for the Trustee named in the upper left-hand corner of this notice, and the United States Trustee, 915 Wilshire Blvd., Suite 1850, Los Angeles, California 90017, not less than 14 days before the hearing. Failure to do so may be deemed to be consent to the granting of the Motion.

DATED: March 27, 2026

LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.

By: /s/ Eric P. Israel
ERIC P. ISRAEL
Attorneys for Sam S. Leslie, Chapter 7 Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034

A true and correct copy of the foregoing document entitled **Trustee's Notice Of Hearing On Motion To Approve Compromise With Chromologic, Llc And Naresh Menon And For Ancillary Relief** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On ***March 27, 2026*** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Eric P Israel epi@lnbyg.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com
- Roland H Kedikian roland@kedikianlaw.com, g2547@notify.cincompass.com;kedikian.rolandb126341@notify.bestcase.com
- Sam S Leslie (TR) sleslie@trusteeleslie.com, trustee@trusteeleslie.com;C195@ecfcbis.com
- United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov

**2. SERVED BY UNITED STATES MAIL**: On **March 27, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

***Honorable Barry Russell***
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1660 / Courtroom 1668
Los Angeles, CA 90012

☒Service list attached

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **March 27, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

***VIA EMAIL:***
Kelly Morrison - Kelly.L.Morrison@usdoj.gov; Michael Jones - Michael.Jones4@usdoj.gov; Hunter Thomson - hunter.thomson@usdoj.gov; Daniel Kastner - daniel.w.kastner@usdoj.gov; Charles Sims csims@ohaganmeyer.com; Enita Chopra EChopra@ohaganmeyer.com; Timothy McInnis tmcinnis@mcinnis-law.com; Pooja Rajaram pooja@krlaw.us; Julie Grohovsky jgrohovsky@cohenseglias.com; Nadine Sayegh nsayegh@nmslaw.net

☐Service list attached

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 27, 2026 | Kayleen Chang | */s/ Kayleen Chang* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

Label Matrix for local noticing
0973-2
Case 2:24-bk-19380-BR
Central District of California
Los Angeles
Fri Mar 27 11:05:21 PDT 2026

Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

Franchise Tax Board
Bankruptcy Section MS: A-340
P.O. Box 2952
Sacramento, CA 95812-2952

LEA Accountancy, LLP
1130 S. Flower Street, Suite 312
Los Angeles, CA 90015-2143

(p)OFFICE OF FINANCE CITY OF LOS ANGELES
200 N SPRING ST RM 101 CITY HALL
LOS ANGELES CA 90012-3224

United States Trustee (LA)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017-3560

Los Angeles Division
255 East Temple Street,
Los Angeles, CA 90012-3332

BERTRAND BALL JR.
c/o Kenny law Group
2400 Barranca Pkwy 401
Irvine, CA 92606-5018

Bank of America
Attn: Bankruptcy
4909 Savarese Cir
Tampa, FL 33634-2413

Bank of America
PO Box 982238
El Paso, TX 79998-2238

Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285

Capital One
PO Box 31293
Salt Lake City, UT 84131-0293

Capital One N.A.
by AIS InfoSource LP as agent
PO Box 71083
Charlotte, NC 28272-1083

Capital One National Associat
650 Dundee Rd
Northbrook, IL 60062-2747

Hunt & Henriques LLP
7017 Realm Drive
San Jose, CA 95119-1491

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o National Bankruptcy Services, LLC
P.O. Box 9013
Addison, Texas 75001-9013

Jpmcb Card
PO Box 15369
Wilmington, DE 19850-5369

(p)MOHELA
CLAIMS DEPARTMENT
633 SPIRIT DRIVE
CHESTERFIELD MO 63005-1243

Myra Love
c/o Kenny Law Group PC
2400 Barranca Pkwy 401
Irvine, CA 92606-5018

Quantum3 Group LLC as agent for
BUREAUS INVESTMENT GROUP PORTFOLIO NO 15
PO Box 788
Kirkland, WA 98083-0788

The Bureaus Inc
650 Dundee Rd
Northbrook, IL 60062-2757

The Bureaus Inc
Attn: Bankruptcy
650 Dundee Rd
Ste 370
Northbrook, IL 60062-2757

Haedeuk Yae
1024 Royal Oaks Dr. Apt 916
Monrovia, CA 91016-5416

Roland H Kedikian
Law Office of Roland H. Kedikian
220 S. Kenwood St
Ste 310
Glendale, CA 91205-1671

Sam S Leslie (TR)
1130 South Flower Street, Suite 312
Los Angeles, CA 90015-2143

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Los Angeles City Clerk
P.O. Box 53200
Los Angeles, CA 90053-0200

Mohela/Dept of Ed
633 Spirit Dr
Chesterfield, MO 63005-1243

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)DANNING GILL ISRAEL & KRASSNOFF

(u)LEVENE NEALE BENDER YOO & GOLUBCHIK, L.L.P

(u)McInnis Law

(u)Corona, CA 92878

(u)Law Offices of Mandeep Rupal
4740 Green River Rd.,

End of Label Matrix
Mailable recipients 24
Bypassed recipients 5
Total 29