ERIC P. ISRAEL (State Bar No. 132426)
*EPI@LNBYG.COM*
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Ave.
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244

Attorneys for Sam S. Leslie, Chapter 7 Trustee

FILED & ENTERED

MAY 19 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY toliver DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>HAEDEUK YAE,<br><br>Debtor. | Case No. 2:24-bk-19380-BR<br><br>Chapter 7<br><br>**ORDER GRANTING TRUSTEE'S MOTION TO APPROVE COMPROMISE WITH CHROMOLOGIC, LLC AND NARESH MENON AND FOR ANCILLARY RELIEF [DKT 35]**<br><br>Date: May 12, 2026<br>Time: 10:00 a.m.<br>Place: Courtroom "1668"<br>255 E. Temple St.<br>Los Angeles, CA 90012 |

On May 12, 2026, at 10:00 a.m., there came before the Court for hearing the Motion to Approve Compromise with Chromologic, LLC and Naresh Menon and for Ancillary Relief [Dkt 35] (the "Motion") filed by Sam S. Leslie, the Chapter 7 trustee (the "Trustee") for the estate of Haedeuk Yae (the "Debtor"), the Honorable Barry Russell, United States Bankruptcy, Judge, presiding. Appearing for the Trustee was Eric P. Israel of Levene, Neale, Bender, Yoo & Golubchik L.L.P.; the Trustee appeared; appearing for the Office of the United States Trustee was Ron Maroko; Pooja Rajaram of Kleiman Rajaram appeared as counsel for co-relator Noelle Johnson, as Successor to the Estate of Donald Johnson (the "Co-Relator"); no other appearances were made.

/ / /

/ / /

The Court having read and considered the Motion, the pleading filed in partial support and partial opposition to the Motion [Dkt 38] (the "Objection") filed by Kleiman Rajaram, McInnis Law and Cohen Seglias Pallas Greenhall & Furman PC (collectively "Special Litigation Counsel"), the Trustee's reply [Dkt 39], and the United States Trustee's Statement in Support of Trustee's Motion to Approve Compromise with Chromologic, LLC and Naresh Menon [Dkt 40], having heard the oral arguments of counsel, good cause appearing, it is

ORDERED THAT:

1. The Motion is granted in its entirety.
2. The Objection is overruled in its entirety.
3. The settlement agreement attached as Exhibit "1" to the Motion (the "Settlement Agreement") is approved.
4. The Trustee is authorized to dismiss the lawsuit originally entitled United States of America *ex rel*. Donald Johnson and Haedeuk Yae v. Chromologic LLC and Naresh Menen, presently before the District Court of the Central District of California, case no. 2:24-cv-06749-PA-JPR (the "Lawsuit"), pursuant to the terms of the Settlement Agreement.
5. No fees or costs shall be paid to Special Litigation Counsel except as may be allowed and authorized pursuant to a final fee application. Special Litigation Counsel shall file final fee application(s) as they deem appropriate in this case by no later than July 13, 2026, or be forever barred from receiving compensation or reimbursement of expenses on account of the Lawsuit. This Court shall determine allowance and authority of payment for all fees and costs with respect to the Lawsuit pursuant to a final fee application.
6. All funds under the Settlement and all attorneys' fees, net of payments to the U.S. Government, aggregating $592,500.00, shall be delivered to the Trustee, to be held in a segregated account pending further order of this Court.

/ / /

/ / /

7. The Trustee is authorized to pay: (1) Noelle Johnson, as Successor to the Estate of Donald Johnson, her share of the settlement, and (2) the Debtor up to $23,050.00 -- the amount of his exemption.

8. The Trustee is authorized to take any actions he deems reasonable and necessary to implement the terms of the Settlement Agreement.

###

Date: May 19, 2026

Barry Russell
United States Bankruptcy Judge