ORIGINAL

Pooja Rajaram [241777]
Mark Allen Kleiman [115919]
KLEIMAN / RAJARAM
12121 Wilshire Blvd., Ste. 810
Los Angeles, CA 90025
Telephone: (310) 392-5455
Facsimile: (310) 306-8491
Email: mark@krlaw.us
Email: pooja@krlaw.us

Attorneys for Special Paty In Interest
NOELLE JOHNSON, AS SUCCESSOR
TO THE ESTATE OF DONALD JOHNSON

FILED
JUL 13 2026
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: Deputy Clerk

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>HAEDEUK YAE,<br><br>Debtor. | Case No. 2:24-bk-19380-BR<br><br>Chapter 7<br><br>DECLARATION OF TIMOTHY J. MCINNIS, ESQ. IN SUPPORT OF FINAL APPLICATION FOR ALLOWANCE AND PAYMENT OF FEES AND EXPENSES PURSUANT TO FED.R.BANKR.P. 2016 AND LBR 2016-1.<br><br>Date: TBD<br>Time: 10:00 a.m.<br>Place: Courtroom "1668"<br>255 E. Temple St.<br>Los Angeles, CA 90012 |

**DECLARATION OF TIMOTHY J. MCINNIS, ESQ. IN SUPPORT OF FINAL APPLICATION FOR ALLOWANCE AND PAYMENT OF FEES AND EXPENSES PURSUANT TO FED.R.BANKR.P. 2016 AND LBR 2016-1.**

I, Timothy J. McInnis, Esq., hereby declare as follows:

## Introduction

1. Pursuant to Fed.R.Bankr.P. 2016 and LBR 2016-1, I submit this declaration in the matter of In re Haedeuk Yae (Debtor), Chapter 7, Case No. 2:24-bk-19380-BR, United States Bankruptcy Court, Central District Of California, Los Angeles Division (the "Yae Bankruptcy Proceeding"), in support of a final application for allowance and payment of attorneys' fees and legal expenses incurred in an unrelated federal civil court lawsuit that I commenced and began litigating more than three years before Yae filed his Chapter 7 petition.

2. I have personal knowledge of the facts in this declaration, except for those matters that are based upon information and belief, and as to such matters, I believe such matters to be true. If called as a witness, I could testify competently to these facts.

3. I am the sole attorney in the law firm of McInnis Law, 521 Fifth Avenue, 17th Floor, New York, NY 10175 ("McInnis Law"). My academic and professional background and credentials are set out in a resume that I included in the Statement of Disinterest filed in this proceeding. I am a former Assistant U.S. Attorney from the District of New Jersey, where I prosecuted white-collar crimes for over seven

years. Since leaving government in 1999, I have focused my practice on representing whistleblowers in False Claims Act cases.

4. I was co-counsel for plaintiff-relator Donald Johnson, who has since been substituted by Noelle Johnson, Successor to the Estate of Donald Johnson (deceased), and co-plaintiff-relator Haedeuk Yae, who has since been substituted by Sam S. Leslie, Chapter 7 Trustee of the Bankruptcy Estate of Haedeuk Yae ("Trustee"), in a False Claims Act action commenced under its qui tam provisions, 31 U.S.C. § 3730(b), which action was pending in the United States District Court for the Central District of California, and captioned *United States of America ex rel. Donald Johnson and Haedeuk Yae v. Chromologic LLC and Naresh Menon*, Case No. 2:24-cv-06749-PA-DMKx (C.D. Cal.), (the "Qui Tam Action").

5. The Qui Tam Action has now been settled and was dismissed by the District Court on June 16, 2026.

6. The instant dispute concerns the allocation of funds that are expected to be recovered pursuant to the terms of the Settlement Agreement in the Qui Tam Action.

7. On May 19, 2026, this Court approved the terms of the Settlement Agreement among the parties to the Qui Tam Action. This was a condition precedent to the parties' submission of their motion to the District Court for dismissal.

8. Based on the Trustee's application, on May 21, 2025, this Court appointed McInnis Law as special counsel to the Trustee in the Qui Tam Action.

9. In his application to employ McInnis Law, the Trustee unambiguously asked to retain McInnis Law pursuant to 11 U.S.C. § 328(a) ("§ 328(a)"). The Trustee further expressly proposed employing McInnis Law under the terms and conditions of an existing Retention Agreement executed among Donald Johnson, Haedeuk Yae and McInnis Law, subject to the possible modification of compensation only "if such terms and conditions prove to have been improvident in light of developments not capable of being anticipated at the time of the fixing of such terms and conditions."

10. The Court granted the Trustee's application "in its entirety."

11. In the Trustee's Memorandum filed in support of a request for a hearing on allowing and paying my fees and expenses, the Trustee again acknowledged that this Court's determination is governed by § 328(a)'s standard ("As discussed below, the Court has authority under section 328 to modify an award if the terms of engagement prove to have been improvident in light of developments not capable of being anticipated at the time of employment."). Nowhere in the Trustee's memorandum does he cite 11 U.S.C. § 330 or suggest that it should be the standard, or even an alternative standard, governing this application.

12. By District Court order dated April 14, 2026, because of conflict of interest over the instant dispute over fees and expenses, I withdrew as counsel for the Trustee in the Qui Tam Action and was substituted by Eric P. Israel, Esq. of Levene, Neale, Bender, Yoo & Golubchik L.L.P. The Court had earlier approved the Trustee's employment of Mr. Isreal as general counsel in the Yae Bankruptcy Proceeding.

13. I remained as counsel for Noelle Johnson, Successor to the Estate of Donald Johnson, until the parties settled the Qui Tam Action and the District Court dismissed it.

**<u>Attached Exhibits and Prior Bankruptcy Court Submissions Supporting the Instant Application</u>**

14. Attached as Ex. 1 is a true and correct copy of a report of time incurred by me in the Qui Tam Action that I generated by using an application known as TimeSolv.

15. There is additional time that I incurred in the Qui Tam Action that is not reported and I am not seeking compensation for such time —including the time spent preparing this application—because the dollars and hours shown on the attached report (namely, $864,120) far exceed the combined amount agreed on between the defendants and myself for statutory fees and expenses under the False Claims Act (namely, $490,000) plus the amount of the contingency fee agreed to with the clients (namely, $47,500).

16. Attached as Ex. 2 is a true and correct copy of a report of expenses incurred by me in the Qui Tam Action (namely, $70,259.89) that I generated by using an application known as TimeSolv.

17. There are additional expenses I incurred that are not reported, such as the cost of meals eaten in restaurants while in Los Angeles for depositions and a court appearance, but I am not seeking compensation for such expenses. Among other reasons, I adopted the suggestion of the Trustee's Counsel, Eric P. Israel, to not request reimbursement for traveling meals. I did that pursuant to communications we had concerning a possible stipulation for expenses. However, Mr. Isreal ultimately declined to try to finalize any "piecemeal" stipulation regarding expenses.

18. Attached as Ex. 3 is a true and correct copy of the declaration of my co-counsel Pooja Rajaram and accompanying report from the law firm of Kleiman Rajaram, 12121 Wilshire Blvd., Ste. 810, Los Angeles, CA 90025, reflecting professional time and expenses incurred by the firm in the Qui Tam Action that attorney Rajaram provided to me.

19. Ms. Rajaram advised me that this invoice/report does not include time incurred by her partner, Mark Kleim, Esq., for services he performed as local counsel in the original False Claims Act action that was filed in the United States District Court for the Central District of California, docket number CV-20-130, and later dismissed without prejudice (the "Original Qui Tam Action").]

20. I am not submitting Kleiman Rajaram's time for specific allowance and payment. Rather, I am submitting it to rebut any claim by the Trustee that the amount of fees I am seeking are grossly disproportionate to the amount of money that would be recoverable by the Yae Estate if the terms and conditions of the retention agreement are given full force and effect. Under the terms of the Retention Agreement in the Qui Tam Action, and the agreement of relators' co-counsel that was disclosed to the Trustee at the time he applied to employ McInnis Law as special litigation counsel, Kleiman Rajaram is entitled to 15% of any proceeds awarded to the co-relators by the government plus a pro rata share of statutory attorneys' fees, expenses and costs paid by defendants to co-relators' counsel pursuant to the False Claims Act, 31 U.S.C. § 3730(d)(2).

21. Attached as Ex. 4 is a true and correct copy of the declaration of my co-counsel Julie Ann Grohovsky and accompanying invoice from the law firm of Cohen Seglias Pallas Greenhall & Furman, PC., 900 7th St NW, Washington, DC 20001, reflecting professional time and expenses incurred by the firm in the Qui Tam Action that was provided to me by Ms. Grohovsky.

22. I am not submitting Cohen Seglias' time and expenses for specific allowance and payment. Rather, I am submitting it to rebut any claim by the Trustee that the amount of fees I am seeking are grossly disproportionate to the amount of money that would be recoverable by the Yae Estate if the terms and conditions of the

retention agreement are given full force and effect. Under the terms of the Retention Agreement in the Qui Tam Action, and the agreement of relators' co-counsel that was disclosed to the Trustee at the time he applied to employ McInnis Law as special litigation counsel, Cohen Seglias is entitled to 20% of any proceeds awarded to the co-relators by the government plus a pro rata share of statutory attorneys' fees, expenses and costs paid by defendants to co-relators' counsel pursuant to the False Claims Act, 31 U.S.C. § 3730(d)(2).

23. Attached as Ex. 5 is a true and correct copy of a draft invoice from the law firm of Tabner Ryan & Keniry, LLP, 18 Corporate Woods Blvd, Suite 8, Albany, NY 12211, reflecting professional time and expenses incurred by the firm in the Original Qui Tam Action, that Tabner Ryan paralegal Jacque K. Vincent provided to me.

24. The billing persons shown in this invoice are attorney Thomas R. Fallati, Esq. (listed as "TRF") and Ms. Vincent (listed as "JKV"). After his engagement in this matter ended, Mr. Fallati left the legal profession and became an ordained Catholic priest. I worked with Mr. Fallati on a number of False Claims Act matters and am familiar with his academic and professional background. Mr. Fallati was a graduate of Union College and Harvard Law School. He was a former Assistant U.S. Attorney in the Eastern District of New York. After he left the U.S. Attorney's Office and returned to private practice and was working for Tabner Ryan,

Mr. Fallati and I formed a strategic alliance known as the Whistleblower Law Team with two other attorneys, including my former co-counsel on this matter, Julie Grohovsky, to review, develop, present and litigate False Claims Act cases.

25. I am not submitting Tabner Ryan's time and expenses for specific allowance and payment. Rather, I am submitting it to rebut any claim by the Trustee that the amount of fees I am seeking are grossly disproportionate to the amount of money that would be recoverable by the Yae Estate if the terms and conditions of the retention agreement are given full force and effect.

26. Attached as Ex. 6 is a true and correct copy of the declaration of Noelle Johnson, Successor to the Estate of Donald Johnson (deceased), who was my client and the sole relator in the Original Qui Tam Action and co-relator in the Qui Tam Action, which declaration Ms. Johnson's personal attorney's office, The Law Offices of Nadine M. Sayegh, 10815 Rancho Bernardo Rd., Ste. 205, San Diego, CA 92127, provided to me and is being filed to satisfy the requirements of LBRs 2016-1 (c)(2) and (a)(1)(J).

27. Ms. Johnson's declaration asks the Court to allow and pay my requested fees and expenses. She also requests that the Court not reduce or encumbered payment of the relators' share due to the Johnson Estate by escrowing those funds.

28. Attached as Ex. 7 is a true and correct copy of the docket sheet for the Original Qui Tam Action.

29. Ex. 7 reflects my litigation activities in the original qui tam action between January 6, 2020 and October 16, 2020. It also indicates that attorneys Mark Kleiman of Kleiman Rajaram and Thomas R. Fallati of Tabner Ryan entered appearances on behalf of Mr. Johnson.

30. Attached as Ex. 8 is a true and correct copy of the docket sheet for the Qui Tam Action proceedings in the U.S District Court for the District of Columbia before it was transferred to the U.S District Court for the Central District of California.

31. Ex. 8 reflects my litigation activities in the Qui Tam Action between August 5, 2021 and July 29, 2024. It also indicates that attorney Julie Ann Grohovsky entered an appearance on behalf of Mr. Johnson and Mr. Yae. At the time her appearance was entered, Ms. Grohovsky worked for Wu, Grohovsky & Whipple P.L.L.C. Shortly thereafter she joined Cohen Seglias.

32. Attached as Ex. 9 is a true and correct copy of the docket sheet for the Qui Tam Action proceedings after being transferred to the U.S District Court for the Central District of California.

33. Ex. 9 reflects my litigation activities in that action between August 5, 2024 and June 16, 2026. It also indicates that attorneys Mark Kleiman and Pooja Rajaram of Kleiman Rajaram and Julie Ann Grohovsky and Sydney S. Forquer of Cohen Seglias entered appearances on behalf of Mr. Johnson and Mr. Yae.

34. The instant application for allowance and payment of final fees and expenses further relies on a number of documents that have already been filed with the court in the Yae Bankruptcy Proceeding and appear on the Court's ECF docket. These are incorporated by reference in this application and include:

a. Yae's Voluntary Chapter 7 Bankruptcy Petition. Dkt 1.

b. Trustee's Notice of Motion to Appoint McInnis Law. Dkt 28, at 1-2.[1]

c. Trustee's Memorandum in Support of Motion to Appoint McInnis Law. Dkt 28, at 3-7.

d. McInnis Law's Statement of Disinterestedness. Dkt 28, at 8-9.

e. Resume of Timothy J. McInnis, Esq. Dkt 28 (Ex. 1), at 11.

f. Retention Agreement with co-relator addendum. Dkt 28 (Ex. 2), at 13-25. The filed Retention Agreement redacts my standard hourly rate ($950). However, I disclosed this rate to the Trustee prior to his submission of the application for my appointment by this Court and in my supplemental declaration filed on May 1, 2025, see below.

g. Supplemental Declaration of Timothy J. McInnis. Dkt 31.

h. Order Approving Employment of McInnis Law. Dkt 33.

---

[1] Note: Dkt refers to the ECF docket in the Bankruptcy Court. Page numbers refer to this court's ECF page numbers and not necessarily the pagination on the documents.

i. Trustee's Notice of Motion and Memorandum in Support of Motion to Approve Settlement in the Qui Tam Action and a Hearing on Approval of Fees and Expenses. Dkt 35, at 1-4 and 5-15.

j. Trustee's Declaration, dated March 27, 2026. Dkt 35, 16-20.

k. McInnis' Declaration, dated March 27, 2026. Dkt 35, 20-21.

l. Trustee's Request for Judicial Notice. Dkt 35, 22-23.

m. Settlement Agreement in the Qui Tam Action. Dkt 35, at 25-50.

n. First Amended Complaint in the Qui Tam Action. Dkt 35 (Ex. 3), at 55-111.

o. McInnis Email to Trustee and Counsel, dated November 13, 2025 and attachment. Dkt 35 (Ex. 5), at 116-17.

p. Relators' Counsel Response in Support of Motion to Approve Settlement and in Opposition to Hearing to Approve Fees and Expenses. Dkt 38.

q. Trustee's Reply to Relators' Counsel Response in Support of Motion to Approve Settlement and in Opposition to Hearing to Approve Fees and Expenses. Dkt 39, at 1-6.

r. Trustee's Counsel's Declaration, dated May 4, 2026 and attached McInnis Email to Trustee and Counsel, dated September 29, 2025. Dkt 39, at 7-9.

s. US Trustee's Statement of Interest. Dkt 40.

t. Order Approving Settlement of the Qui Tam Action. Dkt 42.

**<u>Relevant Provisions in the Retention Agreement and Co-Relator Addendum</u>**

35. The following provisions in the Retention Agreement are relevant to my application for allowance and payment of fees and expenses:

Section 2. <u>Attorney's Responsibilities</u>

CLIENT understands that ATTORNEY cannot predict with certainty the likely outcome of this matter nor guarantee its ultimate success or the amount of Client's possible recovery. Client acknowledges that in agreeing to the terms of the Agreement CLIENT is not relying on any such predictions or guarantees, whether express or implied.

6.1. <u>Contingency Percentage in Whistleblower Claims</u>

(a) If the United States or any state or local government intervenes with respect to any Claim, as described in Section 5 above (an "Intervened Claim"), ATTORNEY shall receive a contingent fee equal to forty per-cent (40%) of the amount of any and all proceeds obtained by CLIENT as the relator's share with respect to any intervened Claim (the "Relator's Share").

(b) If neither the United States nor any state or local government chooses to intervene with respect to any Claim (a "Declined Claim"), and if ATTORNEY and CLIENT have agreed to continue to litigate the Declined Claim, as provided in Section 5 above, ATTORNEY shall receive a contingent fee equal to fifty percent (50%) of the amount of any and all proceeds obtained by CLIENT as the Relator's Share with respect to any Declined Claim.

(c) If there is a mix of Intervened Claims and Declined Clams, the contingency on any successful Intervened Claims will forty per-cent (40%) and the contingency fee on any successful Declined Claims will be fifty percent (50%), as provided in sub-sections (a) and (b) above.

6.2. <u>Calculation of Contingency Percentage</u>

ATTORNEY's contingent fee shall be computed on the gross recovery of the Relator's Share.

6.3. Statutory Fees

CLIENT agrees that in addition to the ATTORNEY's contingent fee described in Section 6.1 ATTORNEY shall receive any statutory attorney's fees that may be awarded against or agreed to by DEFENDANT(S) pursuant to any litigation arising from the Claims.

6.5. Adjustment of Contingent Fee in the Case of Gross Unfairness

In the event the outcome of this case is such that the determination of ATTORNEY's fee in the manner described in this Section would render a literal interpretation of the Agreement unreasonable or grossly unfair and unjust to CLIENT, ATTORNEY, at ATTORNEY's discretion, will make adjustments in the Agreement to make it fair and equitable to both parties.

7.1 Expenses

ATTORNEY will advance all costs and expenses of litigation, including court costs, expenses of investigation, expenses of examinations and experts and costs of obtaining and presenting evidence, as provided in the New York Lawyer's Rules of Professional Conduct Rule 1.8(e). CLIENT will be given a contemporaneous accounting of the litigation costs and expenses and shall authorize any individual expenditure greater than $500.00. Reimbursement of costs and expenses shall be solely from the CLIENT's portion of the Relator's Share, if any, and/or settlement or court awarded costs, if any, as provided in Section 6 above and, therefore, CLIENT shall not be responsible to pay ATTORNEY out of CLIENT's own funds for any litigation costs or expenses incurred by ATTORNEY.

7.2. Deposit of Recoveries to Escrow Account

Any costs or expenses that are awarded to CLIENT in the litigation shall be deposited to the Escrow Account and applied first to reimburse ATTORNEY for costs and expenses of investigation and litigation advanced by ATTORNEY and not reimbursed by CLIENT, and the remainder, if any, shall be paid to CLIENT. Any sums other than costs and expenses that are recovered on behalf of CLIENT shall be deposited to the Escrow Account to be applied in the following order: (i) payment of fees and costs owed to third parties, if any; (ii) payment of unpaid attorney's fees and costs and expenses advanced by ATTORNEY but not yet reimbursed; and (iii) payment of CLIENT's share.

8.1. Costs Awarded by the Court or Agreed to by the Parties

CLIENT hereby assigns to ATTORNEY all right, title, and interest in any costs and expenses awarded to CLIENT by the court or agreed to by ATTORNEY and any DEFENDANT pursuant to any litigation arising from the Claims to the extent necessary to reimburse ATTORNEY for amounts advanced in the course of the representation and not already reimbursed by CLIENT.

8.2. Fees Awarded by Court or Agreed to by the Parties

CLIENT hereby assigns to ATTORNEY all right, title, and interest in any statutory fees awarded to CLIENT by the court or agreed to by ATTORNEY and any DEFENDANT pursuant to any litigation arising from the Claims.

8.3. Execution of Assignment Documents

CLIENT agrees to execute any necessary documents evidencing the assignment to ATTORNEY of statutory fees and costs which may be awarded or agreed to, as provided in this Agreement.

Section 9. Limitation on Waiver of Attorney's Fees

CLIENT shall not waive, settle, or otherwise compromise CLIENT's right to the award or agreement of statutory attorney's fees or costs or expenses without receiving ATTORNEY's prior written approval.

***

Co-relators' Agreement as to Sharing Any Recovery

Thus, absent any unforeseen circumstances or directions from them to the contrary, if at the end of this matter there is a recovery to be distributed, McInnis Law will separately transmit one-half of the net recovery (after attorney fees and costs have been deducted) to each Donald Johnson and Haedeuk Yae.

**Relevant Terms of the Qui Tam Action Settlement**

36. The agreed upon amount to resolve the legal claims in the Qui Tam Action is $500,000, plus interest, since the defendants are to make installment

payments over time (the "Settlement Amount"). Defendants are to pay the Settlement Amount to the United States.

37. The Settlement Amount figure was recommended by a court appointed mediator (former U.S. Magistrate Judge Edward A. Infante) following two separate, multi-day mediation sessions in which the Trustee and/or his counsel, Mr. Israel, was also present and participated. The Trustee agreed to the Settlement Amount.

38. The agreed upon percentage of the Settlement Amount to be awarded by the government to the co-relators collectively is 28.5% or $142,500 (plus an equal percentage of any interest) (the "Relators' Share"). The Trustee agreed to the Relator Share percentage and amount. The government is to pay the Relator's Share to McInnis Law for distribution.

39. The agreed upon amount to resolve the co-relators counsel's combined claim for statutory fees and expenses and costs incurred in the Qui Tam Action is $490,000 (the "Statutory Fees and Expenses Amount"). The Trustee agreed to the Statutory Fees and Expenses Amount. Defendants are to pay the Statutory Fees and Expenses Amount over time without any charge for interest. Defendants are to pay the Statutory Fees and Expenses Amount to McInnis Law. The Statutory Fees and Expenses Amount was negotiated separately from the Settlement Amount. It reflect a significant compromise on the part of Relators Counsel. At the time of the second

mediation session, I represented to the mediator that the aggregate statutory fees exceeded $ 1 million.

40. Under the False Claims Act, the substantive legal claims in the Qui Tam Action belong to the United States and the government had the authority to approve or disapprove the settlement and dismissal of the action.

41. In this instance, the U.S. Attorney's Office for the Central District of California was designated by the Department of Justice as the office with approval authority. AUSA Hunter Thomson from that office conveyed to parties the government's approval of the Settlement Agreement, including, the settlement amount, relators' share percentage, and statutory fees, expenses and costs provisions.

42. Co-relators Noelle Johnson and Trustee and the two Defendants executed the Settlement Agreement.

43. Notwithstanding relators counsel right to 50% of the Relators' Share in this case, see 6.1(b) to the Retention Agreement, during the settlement process I unilaterally and voluntarily agreed to reduce the contingency fee to 33 1/3% under the permissive authority of section 6.5.

44. Notwithstanding relators counsel's right to be reimbursed for advanced expenses and costs before calculating relators' net proceeds from the settlement of this action, see 7.1 and 8.1 to the Retention Agreement and the addendum with the heading "Co-relators' Agreement as to Sharing Any Recovery," I similarly

unilaterally and voluntarily agreed to pay the relators' shares to the co-relators without reducing that amount by counsel's unreimbursed expenses and costs. As a result, I agreed to recover statutory expenses and costs solely from the Statutory Fees and Expenses Amount and not from the Relators' Share from the government, as was otherwise provided in the Retention Agreement.

45. Relators' co-counsel agreed among themselves to allocate the contingency fee from the Relator's Share as follows: McInnis Law - 65%; Cohen Seglias Pallas Greenhall & Furman, PC. - 20% and Kleiman Rajaram - 15%.

46. Relators' co-counsel further agreed among themselves to allocate any statutory fees earned pursuant to the False Claims Act, 31 U.S.C. § 3730(d)(2) on a pro rata basis.

47. McInnis Law agreed with the other co-counsel to advance all litigation expenses and costs in exchange for the right to be reimbursed for them pursuant to the False Claims Act, 31 U.S.C. § 3730(d)(2).

**<u>Events in the Litigation History Rebutting any Claim of Malpractice or Excessive Fees</u>**

48. Donald Johnson first contacted me in February 2019 with allegations that his former employer, defendant Chromologic, LLC, was submitting false grant applications and research to various government agencies participating in the SBA's Small Business Innovation Research ("SBIR") program, in violation of the False Claims Act.

49. Thereafter, I formed a co-counsel arrangement with Thomas J. Fallati, Esq. of Tabner, Ryan & Keniry, LLP (Albany, NY) to investigate Mr. Johnson's allegations and if warranted file a False Claims Act complaint against Chromologic and its owner defendant Naresh Menon.

50. Mr. Fallati and I spent considerable time over the next 10 months investigating and evaluating Mr. Johnson's allegations and his supporting evidence. After which, with the assistance of Kleiman Rajaram acting as traditional local counsel, we filed a False Claims Act qui tam complaint under seal in the United States District Court for the Central District of California on January 6, 2020. *United States of America ex rel Donald Johnson v. Chromologic LLC and Naresh Menon*, cv20-00130-DSF-SSx (the "Original Qui Tam Action").

51. Thereafter, we assisted the government in investigating Mr. Johnson's allegations, which included submitting voluminous documentary evidence and analyses and participating in two relator interviews with government representatives and Mr. Johnson.

52. Ultimately, the U.S. Attorney's Office for the Central District of California declined to intervene in the Original Qui Tam Action and we voluntarily dismissed it without prejudice.

53. Following the dismissal, numerous Chromologic employees, including debtor Haedeuk Yae (who is known as Robert Yae), contacted and/or spoke with us

about Mr. Johnson's allegations. They uniformly alleged that Chromologic was committing SBIR related fraud and backed Mr. Johnson without reservation. Mr. Yae also provided us with information about Chromologic's false time reporting on SBIR projects and indicated he wanted to join Mr. Johnson if the case were to be reinstated.

54. As a result of these communications and further investigation, and with the assistance of attorneys Julie Ann Grohosky and Sydney Smith Forquer of Cohen Seglias Pallas Greenhall & Furman, PC. (Washington, D.C.), we filed a new False Claims Act complaint under seal in the United States District Court for the District of Columbia on August 5, 2021. *United States of America ex rel. Donald Johnson and Haedeuk Yae v. Chromologic LLC and Naresh Menon*, Civil Action 21-2184 (RJL) (D.D.C).

55. Not only did we add Mr. Yae as a co-relator, but we also added time fraud allegations to Mr. Johnson's research fraud allegations. Co-counsel Cohen Seglias Pallas Greenhall & Furman, PC. had primary responsibility for working with Mr. Yae and developing his time fraud allegations.

56. Similar to the first filing, as relators' counsel we assisted the government with its investigation –which was limited to our time fraud allegations. That included revamping our analyses and legal research and updating our disclosure materials and evidence to the government. Notwithstanding our considerable efforts, the government again declined to intervene in the action.

57. Similar to the first time around, after the government's second declination decision we interviewed Chromologic employees and learned that many of our key witnesses had never been contacted by government representatives. Since they had important testimony about the defendants' time fraud and expressed a willingness to cooperate with us, we decided to go forward without the government, as is permitted under the False Claims Act, 31 U.S.C. § 3730(c)(3).

58. Thereafter, the case was unsealed and we served the complaint on Chromologic and Mr. Menon.

59. Chromologic and Mr. Menon retained a large, national law firm to defend our suit and defense counsel moved to dismiss under Fed. R. Civ. P. 9(b) and Fed. R. Civ. P. 12(b)(6) on July 15, 2024.

60. This motion practice ultimately led to the parties agreeing in July 2024 to the voluntary transfer of the action to the United States District Court for the Central District of California and the Qui Tam Action resumed there on or about August 5, 2024.

61. Once in California we re-retained Kleiman Rajaram as co-counsel, not only for local counsel purposes but also to assist in litigating Mr. Johnson's research fraud allegations, given the firm's expertise in this area.

62. Defendants Chromologic and Menon retained another national law firm to replace counsel from the D.C. litigation.

63. In lieu of opposing the pending motion to dismiss, we filed a first amended complaint ("FAC") on September 18, 2024, which became and is the operative pleading.

64. Of tremendous significance for present purposes, the FAC did not include a "fraud in the inducement" theory of liability, the significance of which is discussed more fully below under the heading Fraud in the Inducement.

65. The reason the fraud in the inducement theory was not included in the FAC is that neither co-relator nor any friendly witness had provided us with any testimony or documents that even remotely hinted at its viability. Nor could they because that evidence concerning fraud in the inducement rested exclusively with defendants' most trusted witness, namely, Theresa Nguyen, and the fraud in the inducement theory was not revealed as a possibility until after defendants produced documents and emails relating to the FAC's time fraud allegations.

66. Moreover, the fraud in the inducement theory had to be further corroborated by government employees who relied on defendants' fraudulent representations. And these persons were non-party witnesses who could only be interviewed if the affected agency agreed to allow it following receipt of a Rule 45 third party subpoena and so-called "Touhy," submission, which permitted the agency to deny such a request if it determined that allowing government employee interviews would interfere with the agency's business and mission.

67. Upon information and belief, based on the strength of the FAC, defendants chose to not renew a motion to dismiss and litigation shifted to the discovery phase.

68. Early on, the parties perceived that the court-ordered discovery schedule was too brief to permit needed discovery and jointly moved to extend the pre-trial schedule by 90 days. The District Court summarily denied that request on April 24, 2025.

69. The District Court had also cautioned the parties when issuing its scheduling orders that the court would not permit the parties the amount of time they requested for trial, namely, three weeks.

70. Under the court's pre-trial orders, any application to amend the FAC had to be heard by February 17, 2025. This meant that motion papers requesting such relief had to be filed and served no later than January 21, 2025, which was only about five weeks after the parties were permitted to serve document demands and 9 days before defendants served their first document demand response and produced their first wave of documents on January 30, 2025.

71. In other words, we did not even receive defendants' documents suggesting a possible fraud in the inducement theory until more than a week after the court's cutoff date for filing a motion to amend the FAC. And of course we

needed to wade through thousands of pages of documents and emails to find such evidence.

72. As part of discovery, the parties exchanged many thousands of pages of documents, took approximately 20 depositions, obtained declarations from about one-half dozen witnesses, and propounded and answered numerous interrogatories.

73. Upon information and belief, based on the competent evidence adduced during discovery defendants elected to not seek to dismiss the Qui Tam Action on summary judgment under Fed. R. Civ. P. 56.

74. Following the close of discovery September 8, 2025, the parties engaged in court-ordered mediation on September 19th and 23rd. When that failed both sides prepared in earnest for trial, which was set for November 18, 2025.

75. The latter included preparing all pre-trial materials such as witness and exhibit lists, jury charges and verdict sheets, and motions in limine. All of which were extensive and hotly contested by the parties.

76. Among the motions in limine was Relator's request to amend the FAC to conform to the evidence adduced during discovery to include fraud in the inducement as an alternative theory of liability and means to prove damages. Relators argued there were three separate grounds supporting this request, namely, the FAC sufficiently alluded to the necessary facts, Defendants had litigated as though they knew they faced liability under this theory, and, under Fed. R. Civ. P.

15(a) and (b) plaintiffs are freely permitted to amend their complaints to conform to the evidence — even as late as the close of one's case at trial.

77. Ruling from the bench following oral argument at the final pre-trial conference on November 10, 2025, the court denied Relator's motion to include the fraud in the inducement theory.

78. At the final pre-trial conference, the court made it clear that parties should actively engage in further settlement discussions. It therefore ordered the parties to attend a second mediation session with retired Magistrate Judge Infante.

79. The second mediation session began on December 3, 2025. It resulted in an agreement in principle that was later finalized as the Settlement Agreement. Those terms ($500,000 for the qui tam claims and $490,000 for attorneys' fees and litigation expenses and costs) reflected, among other things, defendants' ability and willingness to pay, the unexpected death of Mr. Johnson, our challenges in getting erstwhile friendly witnesses, including key people who had moved out of the district and/or became recalcitrant to assist us, to appear for trial and to give complete testimony, inconsistent testimony by some of our vital witnesses, and in limine rulings by the District Court on issues affecting the ability to prove liability and calculate damages.

80. The amount of statutory attorneys' fees and expenses we separately negotiated and agreed to accept was substantially than what co-relators' counsel estimated had been incurred as of the mediation conference.

**The Bankruptcy Proceeding's History**

81. Former co-relator Yae filed a Chapter 7 bankruptcy petition on November 18, 2024 (the "Petition").

82. The Petition was filed approximately three years and nine months after Yae executed the Qui Tam Action Retainer, in which, among other things, he unconditionally assigned at that time any and all interest in his half of the statutory fees, expenses and costs recovered under 31 U.S.C. § 3730(d)(2) of the False Claims Act to McInnis Law.

83. The Petition was filed approximately three years and three months after the co-relators commenced the Qui Tam Action in the United States District Court for the District of D.C.

84. The Petition lists primarily consumer debt in the amount of $135,470.00 that is owed to between 1-49 creditors, mainly credit card companies.

85. The Petition lists no significant assets other than a guestimate of Yae's possible recovery in the Qui Tam Action, which he values at $20 million in total and his share at $10 million -- even though the "value [is] not known." See lines 27, 33 and 36.

86. In describing the Qui Tam Action, the Petition characterizes it as follows:

> Debtor is a Co-relator in Lawsuit in DC district along with Donald Johnson and has an agreement of 50% to any recovery from the claim. See claim below listed against Chromologic LLC *value not known* could be in the Millions, Any settlement is Dependent on US Gov Approval, claiming all available exemption see below. Petition at Line 27 (emphasis added).

> Lawsuit in DC district as a relator on behalf of United States against Chromologic LLC *value not known* could be in the Millions, Any settlement is Dependent on US Gov Approval, claiming all available exemption of $23,050. Petition at Line 33 (emphasis added).

87. Relators' counsel in the Qui Tam Action had no role whatsoever in Yae's decision to file the Petition or Yae's valuation of his possible recovery from it and in no way benefitted from Yae's bankruptcy proceedings. Indeed, I cautioned both Yae and his bankruptcy counsel against filing the Petition because it would complicate the Qui Tam Action since Yae would no longer be a party to it and his status would become that of a third party witness. I further cautioned bankruptcy counsel against assigning any value to the Qui Tam Action in the Petition because it was too speculative to do so.

88. The Trustee made his decisions with respect to including and valuing the Qui Tam Action in the bankruptcy proceedings, as well as continuing McInnis Law as special litigation counsel under the terms of the Qui Tam Action Retainer, independently of any representations, predictions or guarantees by me as to the

outcome of the action. The Qui Tam Action Retainer also expressly precludes the Trustee from claiming such reliance.

89. While I did have conversations and email changes with the Trustee and his general counsel, Mr. Israel, about the Qui Tam Action, they were largely explanatory in nature (since False Claims Act litigation is unique and not widely understood). I never made any specific predictions, promises or guarantees as to outcome. And I unvaryingly stressed it could be a small to no recovery case or it could be a large recovery case.

90. An email from me that the Trustee included in his motion papers for a hearing shows a balanced forecast of the possible outcome. There, I point out that even after the District Court's pretrial conference rulings "we still don't know if it's a six-figure or seven-figure case." As it turns out, it was the former.

91. Notably, at no time did I ever mention anything about a potential fraud in the inducement theory of liability while the Trustee was assessing and valuing the Qui Tam Action as a possible asset of the debtor's estate or considering employing me as special litigation counsel.

**<u>Fraud in the Inducement Theory of Liability</u>**

92. The Trustee opines that Relators' attorneys committed malpractice by not including a fraud in the inducement theory of liability in the FAC and this was

manifested when the District Court denied our motion to amend the FAC after the conclusion of discovery.

93. Fraud in the inducement in this context is merely an alternative means of proving False Claims Act liability. Here, that meant proving defendants lured the government agencies in to allowing Chromologic to participate in the SBIR program by falsely describing its time recording system, policies and practices. And then using proof of such fraudulent inducement to establish that all subsequent government SBIR awards were tainted for determining liability and calculating damages. This theory would be in addition to the more traditional means of establishing liability. In other words, taking each SBIR contract and showing that employees billed excessive time to it and then calculating the amount the government paid for this excessive billing.

94. By disallowing our use of the fraud in the inducement theory, the District Court effectively made our job at trial more difficult, but it did not, in and of itself, reduce the number of SBIR contracts at issue or the amount of damages. Nor did the court's ruling have any impact on the research fraud allegations.

95. In the end, the inability to rely on fraud in the inducement did not affect the outcome of the mediated settlement, in my judgment. In the second mediation session, we elected not to press on the research fraud allegations because of problems with proof and the parties jointly were able to agree on six SBIR contracts where the

defendants had financial exposure at trial for time fraud. The aggregate amount of potential single damages was roughly $12.6 million. Trebled, as required by the False Claims Act, 31 U.S.C. § 3729, the exposure was approximately $37.9 million. This was a figure well above what the defendants could or would pay to resolve the case. But it was well within the realm of theoretical possibility even after the court's ruling on fraud in the inducement.

96. Also, as stated above, neither the co-relators nor our other witnesses knew about the defendants' fraud in the inducement misconduct. We only learned of this when we received and analyzed defendants' records, which showed the transmission of what we believed were blatantly false time recording policies, procedures and practices to representatives from the Department of Defense. This information did not even surface until after the court's cut-off date for amending the FAC without leave of the court.

**Reasonableness of Fees, Expenses and Costs**

97. In his motion papers for a hearing, the Trustee does not argue that Relators' attorneys' fees are unreasonable under the so-called "lode star" test (where fees are determined by multiplying a reasonable number of hours worked by a reasonable hourly rate). Nor could he. At the time he retained McInnis Law in May 2025, the Trustee knew the firm's hourly rate would be $950. Further, at that time, the Trustee also knew considerable hours had already been expended in getting the

matter to that point in the litigation. In fact, at the time of McInnis Law's appointment the parties were nearly half-way through the court-ordered discovery schedule. Nowhere does the Trustee contend that the co-relators' attorneys' efforts were unnecessary, duplicative, inflated or unreasonable given the nature and complexity of the Qui Tam Action and its long and tortuous path.

98. Among other litigation expenses and costs, there were numerous depositions, substantial travel expenses, a considerable monthly charge to maintain relators' documentary evidence database (which had to be maintained until the District Court dismissed the action in June 2026), and mediation fees. In his motion papers for a hearing, the Trustee does not even contend that our litigation expenses and costs were excessive, unreasonable or unjustified.

99. The Trustee merely argues that the combination of the attorneys' fees and litigation expenses and costs are grossly "disproportionate" to the relator's share being allocated to the Yae Bankruptcy Estate (that is, $47,500).

**<u>Qui Tam Cases Generally</u>**

100. Qui Tam litigation is highly risky for relators and their counsel.

101. Historically, the government intervenes in only about 20% to 25% of filed cases.

102. Most declined cases are dismissed voluntarily.

103. Very few declined cases make it through motions to dismiss or motions for summary judgment.

104. This case is one of a tiny percentage (9% according to one reported opinion) of declined cases that resulted in any financial recovery for the United States and the relators.

## CONCLUSION

105. The terms of the Retention Agreement and Settlement Agreement should be given full effect and my final application for allowance of fees and expenses should be granted in its entirety by awarding McInnis Law (a) $467,240.06 in fees, of which I will distribute the aggregate amount of $163,534.02 to the Kleiman Rajaram and Cohen Seglias law firms, and (b) $70,259.89 for expenses and costs.

## CERTIFICATIONS

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct to the best of my knowledge.

I have reviewed the requirements of LBR 2016-1 (Compensation of Professional Persons), and to the best of my knowledge and ability my application complies with this rule.

Executed on July 12, 2026, Garrison, New York.

Timothy J. McInnis

# EXHIBIT 1

# Time Entries

**McInnis Law**

Professional = All (Active Only)
Group By Professional Group
Client - Matter = Johnson v. Chromologic (Active Only)
Activity Code = All
View = Original
From 06-10-2018 To 07-10-2026

| Date | Status | Activity | Professional | Start | Stop | Duration | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| ***Johnson, Donald*** | | | | | | | | |
| **Johnson v. Chromologic** | | | | | | | | |
| 02-19-2019 | Approved | Internet Research | McInnis, Timothy | | | 0.000 | 950.00 | 0.00 |
| | Internet Research re conflicts check | | | | | | | |
| 02-19-2019 | Approved | Telephone Call | McInnis, Timothy | | | 1.000 | 950.00 | 950.00 |
| | Telephone call with Client re intake | | | | | | | |
| 02-19-2019 | Approved | Email(s) | McInnis, Timothy | | | 0.300 | 950.00 | 285.00 |
| | Email(s) to/from Client re intake | | | | | | | |
| 03-04-2019 | Approved | Email(s) | McInnis, Timothy | | | 0.100 | 950.00 | 95.00 |
| | Client re request for allegations summary | | | | | | | |
| 03-20-2019 | Approved | Review | McInnis, Timothy | | | 2.000 | 950.00 | 1,900.00 |
| | Review Client allegations | | | | | | | |
| 03-20-2019 | Approved | Email(s) | McInnis, Timothy | | | 0.200 | 950.00 | 190.00 |
| | Email(s) to/from Client re viabile allegations | | | | | | | |
| 03-23-2019 | Approved | Email(s) | McInnis, Timothy | | | 0.100 | 950.00 | 95.00 |
| | Client re intro Co-counsel trf | | | | | | | |
| 03-23-2019 | Approved | Email(s) | McInnis, Timothy | | | 0.100 | 950.00 | 95.00 |
| | Client re intro Co-counsel trf | | | | | | | |
| 03-25-2019 | Approved | Email(s) | McInnis, Timothy | | | 0.100 | 950.00 | 95.00 |
| | Client re schedule call | | | | | | | |
| 03-25-2019 | Approved | Telephone Call | McInnis, Timothy | | | 0.500 | 950.00 | 475.00 |
| | cc Client and Co-counsel TRF intake | | | | | | | |
| 03-26-2019 | Approved | Draft Document Internal | McInnis, Timothy | | | 1.500 | 950.00 | 1,425.00 |
| | Draft retainer, co-counsel agreement, statement of clients rights | | | | | | | |
| 03-29-2019 | Approved | Telephone Call | McInnis, Timothy | | | 0.300 | 950.00 | 285.00 |
| | Telephone call with Co-counsel TRF re intake | | | | | | | |
| 04-01-2019 | Approved | Draft Document Internal | McInnis, Timothy | | | 0.200 | 950.00 | 190.00 |
| | finalize retainer | | | | | | | |
| 04-29-2019 | Approved | Telephone Call | McInnis, Timothy | | | 0.200 | 950.00 | 190.00 |
| | Co-counsel TRF re draft compl | | | | | | | |
| 07-17-2019 | Approved | Email(s) | McInnis, Timothy | | | 0.500 | 950.00 | 475.00 |
| | Email(s) to/from Client and Co-counsel trf re client's evidence | | | | | | | |
| 08-02-2019 | Approved | Telephone Call | McInnis, Timothy | | | 0.200 | 950.00 | 190.00 |
| | Telephone call with Co-counsel trf re draft compl | | | | | | | |
| 08-16-2019 | Approved | Telephone Call | McInnis, Timothy | | | 0.200 | 950.00 | 190.00 |
| | Co-counsel trf re filing and disclosure game plan | | | | | | | |

# Time Entries
## McInnis Law

Professional = All (Active Only)
Group By Professional Group
Client - Matter = Johnson v. Chromologic (Active Only)
Activity Code = All
View = Original
From 06-10-2018 To 07-10-2026

| Date | Status | Activity | Professional | Start | Stop | Duration | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| ***Johnson, Donald*** | | | | | | | | |
| **Johnson v. Chromologic** | | | | | | | | |
| 08-27-2019 | Approved | Draft Document Internal | McInnis, Timothy | | | 0.800 | 950.00 | 760.00 |
| | Draft/edit pre-filing disclosure | | | | | | | |
| 10-22-2019 | Approved | Draft Document Internal | McInnis, Timothy | | | 5.000 | 950.00 | 4,750.00 |
| | review and edit draft compl | | | | | | | |
| 10-24-2019 | Approved | Telephone Call | McInnis, Timothy | | | 0.300 | 950.00 | 285.00 |
| | Co-counsel re draft compl | | | | | | | |
| 12-04-2019 | Approved | Telephone Call | McInnis, Timothy | | | 0.800 | 950.00 | 760.00 |
| | cc Client and Co-counsel trf re disclosure materials | | | | | | | |
| 12-11-2019 | Approved | Telephone Call | McInnis, Timothy | | | 0.300 | 950.00 | 285.00 |
| | Co-counsel trf re local counsel | | | | | | | |
| 12-13-2019 | Approved | Telephone Call | McInnis, Timothy | | | 0.100 | 950.00 | 95.00 |
| | Co-counsel trf re filing status | | | | | | | |
| 12-17-2019 | Approved | Telephone Call | McInnis, Timothy | | | 0.400 | 950.00 | 380.00 |
| | Co-counsel trf re final preparation for compl and disclosure submission | | | | | | | |
| 12-17-2019 | Approved | Draft Document Internal | McInnis, Timothy | | | 2.000 | 950.00 | 1,900.00 |
| | review and edit disclosure statement | | | | | | | |
| 12-20-2019 | Approved | Telephone Call | McInnis, Timothy | | | 0.200 | 950.00 | 190.00 |
| | Co-counsel re local counsel retention | | | | | | | |
| 01-02-2020 | Approved | Draft Document External | McInnis, Timothy | | | 0.500 | 950.00 | 475.00 |
| | Draft/edit Pro Hac Vice application and | | | | | | | |
| 01-03-2020 | Approved | Telephone Call | McInnis, Timothy | | | 0.700 | 950.00 | 665.00 |
| | Telephone call with Co-counsel trf re phv applicatioins | | | | | | | |
| 02-21-2020 | Approved | Email(s) | McInnis, Timothy | | | 0.500 | 950.00 | 475.00 |
| | Client and Co-counsel trf re scheduling relator's interview | | | | | | | |
| 02-24-2020 | Approved | Email(s) | McInnis, Timothy | | | 0.100 | 950.00 | 95.00 |
| | Co-counsel trf re sched relators interview | | | | | | | |
| 02-25-2020 | Approved | Telephone Call | McInnis, Timothy | | | 0.500 | 950.00 | 475.00 |
| | Co-counsel re communications with USAO | | | | | | | |
| 03-02-2020 | Approved | Email(s) | McInnis, Timothy | | | 0.400 | 950.00 | 380.00 |
| | Client and Co-counsel re mtg in LA for relator's interview | | | | | | | |
| 03-26-2020 | Approved | Telephone Call | McInnis, Timothy | | | 0.200 | 950.00 | 190.00 |
| | Telephone call with Co-counsel trf re relator's interview | | | | | | | |
| 03-30-2020 | Approved | Telephone Call | McInnis, Timothy | | | 0.500 | 950.00 | 475.00 |
| | cc Client and Co-counsel trf prep for relator interview | | | | | | | |

# Time Entries

**McInnis Law**

Professional = All (Active Only)
Group By Professional Group
Client - Matter = Johnson v. Chromologic (Active Only)
Activity Code = All
View = Original
From 06-10-2018 To 07-10-2026

| Date | Status | Activity | Professional | Start | Stop | Duration | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| ***Johnson, Donald*** | | | | | | | | |
| **Johnson v. Chromologic** | | | | | | | | |
| 04-02-2020 | Approved | Email(s) | McInnis, Timothy | | | 0.200 | 950.00 | 190.00 |
| | Client and Co-counsel trf re relators interview | | | | | | | |
| 04-03-2020 | Approved | Telephone Call | McInnis, Timothy | | | 1.500 | 950.00 | 1,425.00 |
| | Telephone call with Client and Co-counsel trf prep for relator's interview | | | | | | | |
| 04-07-2020 | Approved | Email(s) | McInnis, Timothy | | | 0.300 | 950.00 | 285.00 |
| | Client and Co-counsel trf re prep for relators interview | | | | | | | |
| 04-08-2020 | Approved | Telephone Call | McInnis, Timothy | | | 0.100 | 950.00 | 95.00 |
| | Co-counsel trf re interview status | | | | | | | |
| 04-10-2020 | Approved | Email(s) | McInnis, Timothy | | | 0.100 | 950.00 | 95.00 |
| | Co-counsel trf re call with clt | | | | | | | |
| 04-10-2020 | Approved | Email(s) | McInnis, Timothy | | | 0.200 | 950.00 | 190.00 |
| | Client and Co-counsel re relator interview follow up and supplemental wit list | | | | | | | |
| 04-11-2020 | Approved | Telephone Call | McInnis, Timothy | | | 0.100 | 950.00 | 95.00 |
| | Client and Co-counsel trf re scheduling call with usg | | | | | | | |
| 04-11-2020 | Approved | Telephone Call | McInnis, Timothy | | | 0.400 | 950.00 | 380.00 |
| | telephone call Client and Co-counsel trf re witness; telephone call Co-counsel and Ass't U.S. Attorney same | | | | | | | |
| 04-15-2020 | Approved | Telephone Call | McInnis, Timothy | | | 5.000 | 950.00 | 4,750.00 |
| | Relator Interview | | | | | | | |
| 04-24-2020 | Approved | Telephone Call | McInnis, Timothy | | | 1.500 | 950.00 | 1,425.00 |
| | cc Client and Co-counsel trf re relator interview follow up | | | | | | | |
| 04-24-2020 | Approved | Telephone Call | McInnis, Timothy | | | 0.200 | 950.00 | 190.00 |
| | Co-counsel trf re supplemental disclosures to usg | | | | | | | |
| 04-24-2020 | Approved | Email(s) | McInnis, Timothy | | | 0.400 | 950.00 | 380.00 |
| | Client and Co-counsel re wit list | | | | | | | |
| 04-28-2020 | Approved | Telephone Call | McInnis, Timothy | | | 4.500 | 950.00 | 4,275.00 |
| | Relator Interview part 2 | | | | | | | |
| 05-12-2020 | Approved | Telephone Call | McInnis, Timothy | | | 0.100 | 950.00 | 95.00 |
| | Co-counsel trf re status | | | | | | | |
| 05-12-2020 | Approved | Telephone Call | McInnis, Timothy | | | 0.800 | 950.00 | 760.00 |
| | calls with Client, Co-counsel trf and Ass't U.S. Attorney re irelator interview follow up | | | | | | | |
| 05-13-2020 | Approved | Email(s) | McInnis, Timothy | | | 0.300 | 950.00 | 285.00 |
| | Client and Co-counsel trf re wit Medina | | | | | | | |
| 05-15-2020 | Approved | Email(s) | McInnis, Timothy | | | 0.300 | 950.00 | 285.00 |
| | Client and Co-counsel trf re wits Ford and Maleki | | | | | | | |

# Time Entries

**McInnis Law**

Professional = All (Active Only)
Group By Professional Group
Client - Matter = Johnson v. Chromologic (Active Only)
Activity Code = All
View = Original
From 06-10-2018 To 07-10-2026

| Date | Status | Activity | Professional | Start | Stop | Duration | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| ***Johnson, Donald*** | | | | | | | | |
| **Johnson v. Chromologic** | | | | | | | | |
| 09-03-2020 | Approved | Email(s) | McInnis, Timothy | | | 0.300 | 950.00 | 285.00 |
| | Client and Co-counsel re United States Government declination | | | | | | | |
| 09-03-2020 | Approved | Telephone Call | McInnis, Timothy | | | 0.300 | 950.00 | 285.00 |
| | tcs Co-counsel and Ass't U.S. Attorney re stip dismissal | | | | | | | |
| 09-09-2020 | Approved | Telephone Call | McInnis, Timothy | | | 0.100 | 950.00 | 95.00 |
| | cc Co-counsel and Ass't U.S. Attorney re stipulation of dismissal | | | | | | | |
| 09-15-2020 | Approved | Telephone Call | McInnis, Timothy | | | 0.200 | 950.00 | 190.00 |
| | Co-counsel trf re stipulation of dismissal | | | | | | | |
| 04-14-2021 | Approved | Telephone Call | McInnis, Timothy | | | 0.300 | 950.00 | 285.00 |
| | Telephone call with Co-counsel JAG re draft compl | | | | | | | |
| 06-30-2021 | Approved | Telephone Call | McInnis, Timothy | | | 0.500 | 950.00 | 475.00 |
| | JAG re draft compl | | | | | | | |
| 08-04-2021 | Approved | Telephone Call | McInnis, Timothy | | | 0.500 | 950.00 | 475.00 |
| | cc Co-counsel JAG and U.S. Attorney's Office prefile disclosure | | | | | | | |
| 05-02-2022 | Approved | Telephone Call | McInnis, Timothy | | | 0.100 | 950.00 | 95.00 |
| | Co-counsel JAG re schedule relators interviews | | | | | | | |
| 06-21-2022 | Approved | Relator Interview Telephonic | McInnis, Timothy | | | 3.500 | 950.00 | 3,325.00 |
| | Relator Johnson interview | | | | | | | |
| 06-23-2022 | Approved | Relator Interview Telephonic | McInnis, Timothy | | | 2.200 | 950.00 | 2,090.00 |
| | Yae relator interview | | | | | | | |
| 06-23-2022 | Approved | Telephone Call | McInnis, Timothy | | | 0.200 | 950.00 | 190.00 |
| | Telephone call with Co-counsel JAG interview follow up re materiality | | | | | | | |
| 06-27-2022 | Approved | Telephone Call | McInnis, Timothy | | | 0.200 | 950.00 | 190.00 |
| | Co-counsel JAG re materiality research | | | | | | | |
| 06-28-2022 | Approved | Telephone Call | McInnis, Timothy | | | 0.300 | 950.00 | 285.00 |
| | Co-counsel JAG re materiality issues | | | | | | | |
| 12-06-2022 | Approved | Telephone Call | McInnis, Timothy | | | 0.400 | 950.00 | 380.00 |
| | JAG re supplemental disclosure materials | | | | | | | |
| 12-20-2022 | Approved | Telephone Call | McInnis, Timothy | | | 0.200 | 950.00 | 190.00 |
| | JAG re supplemental disclosures | | | | | | | |
| 10-19-2023 | Approved | Telephone Call | McInnis, Timothy | | | 0.200 | 950.00 | 190.00 |
| | Telephone call with Co-counsel re amend compl | | | | | | | |
| 06-15-2024 | Approved | Telephone Call | McInnis, Timothy | | | 1.500 | 950.00 | 1,425.00 |
| | Telephone call with DJ re Theraspec | | | | | | | |

# Time Entries

**McInnis Law**

Professional = All (Active Only)
Group By Professional Group
Client - Matter = Johnson v. Chromologic (Active Only)
Activity Code = All
View = Original
From 06-10-2018 To 07-10-2026

| Date | Status | Activity | Professional | Start | Stop | Duration | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| ***Johnson, Donald*** | | | | | | | | |
| **Johnson v. Chromologic** | | | | | | | | |
| 06-17-2024 | Approved | Telephone Call<br>Telephone call with Client re Theraspec docs | McInnis, Timothy | | | 0.400 | 950.00 | 380.00 |
| 06-19-2024 | Approved | Telephone Call<br>Telephone call with Client re Theraspec docs | McInnis, Timothy | | | 0.300 | 950.00 | 285.00 |
| 06-28-2024 | Approved | Telephone Call<br>Telephone call with clt re Theraspec | McInnis, Timothy | | | 0.700 | 950.00 | 665.00 |
| 07-01-2024 | Approved | Telephone Call<br>Participate in telephonic call Client re Theraspec docs | McInnis, Timothy | | | 0.500 | 950.00 | 475.00 |
| 07-05-2024 | Approved | Draft Document External<br>Draft/edit default entry docs | McInnis, Timothy | | | 4.500 | 950.00 | 4,275.00 |
| 07-06-2024 | Approved | Serve Papers<br>Serve order & default request on defs @ USPO | McInnis, Timothy | | | 0.500 | 950.00 | 475.00 |
| 07-08-2024 | Approved | Meeting Virtual<br>Meeting virtually with clt & E Reich re Theraspec | McInnis, Timothy | | | 1.400 | 950.00 | 1,330.00 |
| 07-10-2024 | Approved | Telephone Call<br>Telephone call with JG re def 12b | McInnis, Timothy | | | 0.200 | 950.00 | 190.00 |
| 07-15-2024 | Approved | Telephone Call<br>Telephone call with MK re possible Calif local counsel | McInnis, Timothy | | | 0.300 | 950.00 | 285.00 |
| 07-15-2024 | Approved | Telephone Call<br>Telephone call with JG re transfer consent | McInnis, Timothy | | | 0.200 | 950.00 | 190.00 |
| 07-17-2024 | Approved | Telephone Call<br>Telephone call with JG re transfer consent | McInnis, Timothy | | | 0.100 | 950.00 | 95.00 |
| 07-18-2024 | Approved | Review 3d P Document<br>Review R 12 mtns drafted by/from Defs | McInnis, Timothy | | | 0.900 | 950.00 | 855.00 |
| 07-22-2024 | Approved | Draft Document External<br>Draft/edit stip and order | McInnis, Timothy | | | 0.500 | 950.00 | 475.00 |
| 07-25-2024 | Approved | Draft Document External<br>finalize stip and order | McInnis, Timothy | | | 0.300 | 950.00 | 285.00 |
| 07-28-2024 | Approved | Telephone Call<br>Telephone call with Client re transfer and sjm | McInnis, Timothy | | | 0.500 | 950.00 | 475.00 |
| 08-05-2024 | Approved | Review Court Document<br>Review Court's extraction transfer ECF | McInnis, Timothy | | | 0.100 | 950.00 | 95.00 |
| 08-18-2024 | Approved | Telephone Call<br>Telephone call with MK re intake, case strategy | McInnis, Timothy | | | 1.200 | 950.00 | 1,140.00 |

# Time Entries

**McInnis Law**

Professional = All (Active Only)
Group By Professional Group
Client - Matter = Johnson v. Chromologic (Active Only)
Activity Code = All
View = Original
From 06-10-2018 To 07-10-2026

| Date | Status | Activity | Professional | Start | Stop | Duration | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| ***Johnson, Donald*** | | | | | | | | |
| **Johnson v. Chromologic** | | | | | | | | |
| 08-24-2024 | Approved | Legal Research | McInnis, Timothy | | | 1.000 | 950.00 | 950.00 |
| | conflicts and choice of law | | | | | | | |
| 08-25-2024 | Approved | Legal Research | McInnis, Timothy | | | 1.500 | 950.00 | 1,425.00 |
| | Legal research re SBIR 126 and 9b | | | | | | | |
| 08-26-2024 | Approved | Telephone Call | McInnis, Timothy | | | 0.800 | 950.00 | 760.00 |
| | Telephone call with co-cs re mtd respoonse and overall strategy | | | | | | | |
| 08-26-2024 | Approved | Telephone Call | McInnis, Timothy | | | 0.300 | 950.00 | 285.00 |
| | mtd and amend | | | | | | | |
| 08-26-2024 | Approved | Telephone Call | McInnis, Timothy | | | 0.400 | 950.00 | 380.00 |
| | cc JAG and Co-counsel Kleiman re transfer matter to CDCA | | | | | | | |
| 09-03-2024 | Approved | Draft Document External | McInnis, Timothy | | | 3.000 | 950.00 | 2,850.00 |
| | Draft/edit FAC | | | | | | | |
| 09-04-2024 | Approved | Draft Document External | McInnis, Timothy | | | 6.000 | 950.00 | 5,700.00 |
| | FAC | | | | | | | |
| 09-05-2024 | Approved | Draft Document External | McInnis, Timothy | | | 3.000 | 950.00 | 2,850.00 |
| | FAC | | | | | | | |
| 09-07-2024 | Approved | Telephone Call | McInnis, Timothy | | | 0.800 | 950.00 | 760.00 |
| | Telephone call with Client re FAC | | | | | | | |
| 09-07-2024 | Approved | Draft Document External | McInnis, Timothy | | | 3.000 | 950.00 | 2,850.00 |
| | Draft/edit FAC | | | | | | | |
| 09-08-2024 | Approved | Draft Document External | McInnis, Timothy | | | 5.000 | 950.00 | 4,750.00 |
| | FAC | | | | | | | |
| 09-09-2024 | Approved | Draft Document External | McInnis, Timothy | | | 8.000 | 950.00 | 7,600.00 |
| | FAC | | | | | | | |
| 09-10-2024 | Approved | Draft Document External | McInnis, Timothy | | | 4.000 | 950.00 | 3,800.00 |
| | FAC | | | | | | | |
| 09-11-2024 | Approved | Draft Document External | McInnis, Timothy | | | 5.000 | 950.00 | 4,750.00 |
| | FAC | | | | | | | |
| 09-15-2024 | Approved | Telephone Call | McInnis, Timothy | | | 1.900 | 950.00 | 1,805.00 |
| | Telephone call with Client re FAC | | | | | | | |
| 09-15-2024 | Approved | Draft Document External | McInnis, Timothy | | | 2.000 | 950.00 | 1,900.00 |
| | Draft/edit FAC | | | | | | | |
| 09-17-2024 | Approved | Telephone Call | McInnis, Timothy | | | 0.400 | 950.00 | 380.00 |
| | Telephone call with Client re FAC | | | | | | | |

# Time Entries

## McInnis Law

Professional = All (Active Only)
Group By Professional Group
Client - Matter = Johnson v. Chromologic (Active Only)
Activity Code = All
View = Original
From 06-10-2018 To 07-10-2026

| Date | Status | Activity | Professional | Start | Stop | Duration | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| ***Johnson, Donald*** | | | | | | | | |
| **Johnson v. Chromologic** | | | | | | | | |
| 09-17-2024 | Approved | Draft Document External | McInnis, Timothy | | | 2.500 | 950.00 | 2,375.00 |
| | Draft/edit FAC | | | | | | | |
| 09-18-2024 | Approved | Telephone Call | McInnis, Timothy | | | 0.500 | 950.00 | 475.00 |
| | Telephone call with Client re FAC | | | | | | | |
| 09-18-2024 | Approved | Draft Document External | McInnis, Timothy | | | 2.000 | 950.00 | 1,900.00 |
| | Draft/edit FAC | | | | | | | |
| 10-11-2024 | Approved | Review Court Document | McInnis, Timothy | | | 0.400 | 950.00 | 380.00 |
| | Review 26f Conference Scheduling Order | | | | | | | |
| 10-11-2024 | Approved | Draft Document Internal | McInnis, Timothy | | | 2.000 | 950.00 | 1,900.00 |
| | Review answer and Draft/edit Marked Complaint and defense analysis for Co-counsel and Clients | | | | | | | |
| 10-15-2024 | Approved | Telephone Call | McInnis, Timothy | | | 0.100 | 950.00 | 95.00 |
| | Telephone call with Coc JG re reduced assignments | | | | | | | |
| 10-15-2024 | Approved | Telephone Call | McInnis, Timothy | | | 1.000 | 950.00 | 950.00 |
| | Telephone call with coc PT re strategy & discovery | | | | | | | |
| 10-21-2024 | Approved | Serve Papers | McInnis, Timothy | | | 0.400 | 950.00 | 380.00 |
| | Serve sjm reply on D | | | | | | | |
| 10-31-2024 | Approved | Telephone Call | McInnis, Timothy | | | 0.500 | 950.00 | 475.00 |
| | Telephone calls with Co-counsel re 26f conference | | | | | | | |
| 10-31-2024 | Approved | Meeting Virtual | McInnis, Timothy | | | 0.600 | 950.00 | 570.00 |
| | Meeting virtually with Ds re 26f | | | | | | | |
| 10-31-2024 | Approved | Meeting preparation | McInnis, Timothy | | | 1.000 | 950.00 | 950.00 |
| | Preparation for meeting with Ds re 26f | | | | | | | |
| 11-12-2024 | Approved | Telephone Call | McInnis, Timothy | | | 0.200 | 950.00 | 190.00 |
| | Telephone call with PR re 16f | | | | | | | |
| 11-13-2024 | Approved | Telephone Call | McInnis, Timothy | | | 0.300 | 950.00 | 285.00 |
| | Telephone call with bcy atty re yae | | | | | | | |
| 11-24-2024 | Approved | Review Discovery | McInnis, Timothy | | | 2.000 | 950.00 | 1,900.00 |
| | review and calendar court discovery and scheduling orders, ADR order, Confidentiality Order, request intitial disclosures from Clients | | | | | | | |
| 11-26-2024 | Approved | Telephone Call | McInnis, Timothy | | | 0.300 | 950.00 | 285.00 |
| | Telephone call with coc re adr | | | | | | | |
| 11-26-2024 | Approved | Internet Research | McInnis, Timothy | | | 1.000 | 950.00 | 950.00 |
| | Internet Research re Rs and Ds prospective mediators | | | | | | | |
| 11-26-2024 | Approved | Telephone Call | McInnis, Timothy | | | 0.200 | 950.00 | 190.00 |
| | Telephone call with DJ re ini disclosures | | | | | | | |

# Time Entries

## McInnis Law

Professional = All (Active Only)
Group By Professional Group
Client - Matter = Johnson v. Chromologic (Active Only)
Activity Code = All
View = Original
From 06-10-2018 To 07-10-2026

| Date | Status | Activity | Professional | Start | Stop | Duration | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| ***Johnson, Donald*** | | | | | | | | |
| **Johnson v. Chromologic** | | | | | | | | |
| 11-26-2024 | Approved | Telephone Call | McInnis, Timothy | | | 0.100 | 950.00 | 95.00 |
| | Telephone call with RY re ini disclosures | | | | | | | |
| 11-27-2024 | Approved | Telephone Call | McInnis, Timothy | | | 0.300 | 950.00 | 285.00 |
| | Telephone calls with Co-counsel re ADR | | | | | | | |
| 11-30-2024 | Approved | Relator Disclosure Initial | McInnis, Timothy | | | 7.000 | 950.00 | 6,650.00 |
| | Assemble, prepare and transmit initial Relator Disclosure Statement and Materials | | | | | | | |
| 11-30-2024 | Approved | Telephone Call | McInnis, Timothy | | | 0.700 | 950.00 | 665.00 |
| | Telephone call with DJ re ini disclosures | | | | | | | |
| 12-01-2024 | Approved | Relator Disclosure Initial | McInnis, Timothy | | | 5.500 | 950.00 | 5,225.00 |
| | Assemble, prepare and transmit initial Relator Disclosure Statement and Materials | | | | | | | |
| 12-01-2024 | Approved | Telephone Call | McInnis, Timothy | | | 0.200 | 950.00 | 190.00 |
| | Telephone call with DJ re initial disclosures | | | | | | | |
| 12-09-2024 | Approved | Draft Discovery Requests | McInnis, Timothy | | | 9.000 | 950.00 | 8,550.00 |
| | Draft/edit Interrogatoires | | | | | | | |
| 12-10-2024 | Approved | Draft Discovery Requests | McInnis, Timothy | | | 3.000 | 950.00 | 2,850.00 |
| | Draft/edit document demands | | | | | | | |
| 12-12-2024 | Approved | Draft Discovery Requests | McInnis, Timothy | | | 3.000 | 950.00 | 2,850.00 |
| | Draft/edit document demands | | | | | | | |
| 12-13-2024 | Approved | Draft Discovery Requests | McInnis, Timothy | | | 2.500 | 950.00 | 2,375.00 |
| | Draft/edit document demands | | | | | | | |
| 01-12-2025 | Approved | Telephone Call | McInnis, Timothy | | | 1.200 | 950.00 | 1,140.00 |
| | Telephone call with DJ re R33 answers | | | | | | | |
| 01-24-2025 | Approved | Draft Document External | McInnis, Timothy | | | 4.000 | 950.00 | 3,800.00 |
| | Draft/edit Johnson interrogatory responses | | | | | | | |
| 01-25-2025 | Approved | Draft Document External | McInnis, Timothy | | | 5.000 | 950.00 | 4,750.00 |
| | Draft/edit Johnson interrogatory responses | | | | | | | |
| 01-26-2025 | Approved | Draft Document External | McInnis, Timothy | | | 6.000 | 950.00 | 5,700.00 |
| | Draft/edit Johnson interrogatory responses | | | | | | | |
| 01-26-2025 | Approved | Telephone Call | McInnis, Timothy | | | 0.500 | 950.00 | 475.00 |
| | Telephone call with DJ re interrogatory responses | | | | | | | |
| 01-27-2025 | Approved | Draft Document External | McInnis, Timothy | | | 5.000 | 950.00 | 4,750.00 |
| | Draft/edit Johnson interrogatory responses | | | | | | | |
| 01-28-2025 | Approved | Draft Discovery Requests | McInnis, Timothy | | | 0.700 | 950.00 | 665.00 |
| | Draft/edit RY interrogatory responses | | | | | | | |

# Time Entries

**McInnis Law**

Professional = All (Active Only)
Group By Professional Group
Client - Matter = Johnson v. Chromologic (Active Only)
Activity Code = All
View = Original
From 06-10-2018 To 07-10-2026

| Date | Status | Activity | Professional | Start | Stop | Duration | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| ***Johnson, Donald*** | | | | | | | | |
| **Johnson v. Chromologic** | | | | | | | | |
| 01-29-2025 | Approved | Telephone Call | McInnis, Timothy | | | 0.600 | 950.00 | 570.00 |
| | Telephone call with bcy trustee counsel re retention | | | | | | | |
| 01-30-2025 | Approved | Review Production | McInnis, Timothy | | | 0.500 | 950.00 | 475.00 |
| | Review Ds discovery responses | | | | | | | |
| 02-02-2025 | Approved | Review Production | McInnis, Timothy | | | 3.000 | 950.00 | 2,850.00 |
| | Review Ds discovery responses | | | | | | | |
| 02-03-2025 | Approved | Telephone Call | McInnis, Timothy | | | 1.500 | 950.00 | 1,425.00 |
| | Telephone call with DJ re timesheet docs, telephone call JG re discovery issues, telephone call Defendant & SSF re production, telephone call SSF same, | | | | | | | |
| 02-03-2025 | Approved | Review Discovery | McInnis, Timothy | | | 6.500 | 950.00 | 6,175.00 |
| | Concerning Defendants documents and responses | | | | | | | |
| 02-04-2025 | Approved | Review Discovery | McInnis, Timothy | | | 1.500 | 950.00 | 1,425.00 |
| | Concerning Defendants documents and responses | | | | | | | |
| 02-23-2025 | Approved | Draft Discovery Requests | McInnis, Timothy | | | 2.000 | 950.00 | 1,900.00 |
| | Time doc demand | | | | | | | |
| 02-25-2025 | Approved | Draft Discovery Responses | McInnis, Timothy | | | 3.500 | 950.00 | 3,325.00 |
| | Draft Discovery Responses re reply to defendants document objections and interrogatory answers | | | | | | | |
| 02-25-2025 | Approved | Meeting Virtual | McInnis, Timothy | | | 0.600 | 950.00 | 570.00 |
| | Meeting virtually with team re dsicovery | | | | | | | |
| 02-26-2025 | Approved | Meeting Virtual | McInnis, Timothy | | | 0.400 | 950.00 | 380.00 |
| | Meeting virtually with ds and Co-counsel re discovery | | | | | | | |
| 02-26-2025 | Approved | Telephone Call | McInnis, Timothy | | | 0.100 | 950.00 | 95.00 |
| | Leave message with Press re witness | | | | | | | |
| 02-26-2025 | Approved | Meeting preparation | McInnis, Timothy | | | 3.000 | 950.00 | 2,850.00 |
| | Preparation for meeting with Ds re document production issues | | | | | | | |
| 02-26-2025 | Approved | Internet Research | McInnis, Timothy | | | 0.400 | 950.00 | 380.00 |
| | Internet Research re Jamie Press | | | | | | | |
| 03-04-2025 | Approved | Draft Document External | McInnis, Timothy | | | 1.300 | 950.00 | 1,235.00 |
| | draft bcy trustee employment agreement | | | | | | | |
| 03-10-2025 | Approved | Telephone Call | McInnis, Timothy | | | 0.400 | 950.00 | 380.00 |
| | Telephone call with Ass't U.S. Attorney and Co-counsel re status; telephone call Co-counsel same | | | | | | | |
| 03-10-2025 | Approved | Legal Research | McInnis, Timothy | | | 0.300 | 950.00 | 285.00 |
| | Legal research re UnitedHealth materiality | | | | | | | |
| 03-10-2025 | Approved | Draft Document External | McInnis, Timothy | | | 8.000 | 950.00 | 7,600.00 |
| | Draft/edit complt | | | | | | | |

# Time Entries

## McInnis Law

Professional = All (Active Only)
Group By Professional Group
Client - Matter = Johnson v. Chromologic (Active Only)
Activity Code = All
View = Original
From 06-10-2018 To 07-10-2026

| Date | Status | Activity | Professional | Start | Stop | Duration | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| ***Johnson, Donald*** | | | | | | | | |
| **Johnson v. Chromologic** | | | | | | | | |
| 03-11-2025 | Approved | Draft Document External | McInnis, Timothy | | | 3.000 | 950.00 | 2,850.00 |
| | Draft/edit complt | | | | | | | |
| 03-14-2025 | Approved | Telephone Call | McInnis, Timothy | | | 0.100 | 950.00 | 95.00 |
| | Telephone call with Co-counsel JG re allocating work | | | | | | | |
| 03-14-2025 | Approved | Telephone Call | McInnis, Timothy | | | 0.100 | 950.00 | 95.00 |
| | Co-counsel JAG re depo wits | | | | | | | |
| 03-14-2025 | Approved | Telephone Call | McInnis, Timothy | | | 2.500 | 950.00 | 2,375.00 |
| | Co-counsel SMS re wits interviews | | | | | | | |
| 03-19-2025 | Approved | Meeting Virtual | McInnis, Timothy | | | 1.100 | 950.00 | 1,045.00 |
| | Meeting virtually with co-counsel re discovery tasks and scheduling | | | | | | | |
| 03-20-2025 | Approved | Miscellaneous | McInnis, Timothy | | | 0.600 | 950.00 | 570.00 |
| | Assemble sample Touhy materials for Co-counsel | | | | | | | |
| 03-25-2025 | Approved | Telephone Call | McInnis, Timothy | | | 0.500 | 950.00 | 475.00 |
| | cc Co-counsel JAG and PR re discovery | | | | | | | |
| 03-26-2025 | Approved | Meeting Virtual | McInnis, Timothy | | | 0.500 | 950.00 | 475.00 |
| | Meeting virtually with clt & coc re doc discovery | | | | | | | |
| 03-26-2025 | Approved | Telephone Call | McInnis, Timothy | | | 0.700 | 950.00 | 665.00 |
| | Telephone call with A Fischer & Eric Israel re bcy retention | | | | | | | |
| 03-26-2025 | Approved | Review Discovery | McInnis, Timothy | | | 0.500 | 950.00 | 475.00 |
| | re time fraud docs | | | | | | | |
| 03-27-2025 | Approved | Legal Research | McInnis, Timothy | | | 0.300 | 950.00 | 285.00 |
| | Legal research re Foreman re timesheet materiality | | | | | | | |
| 04-08-2025 | Approved | Telephone Call | McInnis, Timothy | | | 0.400 | 950.00 | 380.00 |
| | Telephone call with Press witness | | | | | | | |
| 04-10-2025 | Approved | Telephone Call | McInnis, Timothy | | | 0.200 | 950.00 | 190.00 |
| | Telephone call with Co-counsel JG re Touhy | | | | | | | |
| 04-14-2025 | Approved | Review Discovery | McInnis, Timothy | | | 2.000 | 950.00 | 1,900.00 |
| | onboard everlaw | | | | | | | |
| 04-15-2025 | Approved | Review Discovery | McInnis, Timothy | | | 5.000 | 950.00 | 4,750.00 |
| | Everlaw database configuration and upload | | | | | | | |
| 04-15-2025 | Approved | Telephone Call | McInnis, Timothy | | | 1.500 | 950.00 | 1,425.00 |
| | Telephone call with Everlaw re database onboarding | | | | | | | |
| 04-16-2025 | Approved | Telephone Call | McInnis, Timothy | | | 0.500 | 950.00 | 475.00 |
| | Telephone call with Everlaw re database onboarding | | | | | | | |

# Time Entries

**McInnis Law**

Professional = All (Active Only)
Group By Professional Group
Client - Matter = Johnson v. Chromologic (Active Only)
Activity Code = All
View = Original
From 06-10-2018 To 07-10-2026

| Date | Status | Activity | Professional | Start | Stop | Duration | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| ***Johnson, Donald*** | | | | | | | | |
| **Johnson v. Chromologic** | | | | | | | | |
| 04-16-2025 | Approved | Review Discovery | McInnis, Timothy | | | 2.000 | 950.00 | 1,900.00 |
| | Everlaw database configuration and upload | | | | | | | |
| 04-17-2025 | Approved | Review Discovery | McInnis, Timothy | | | 5.800 | 950.00 | 5,510.00 |
| | Everlaw database configuration and upload and searches | | | | | | | |
| 04-17-2025 | Approved | Telephone Call | McInnis, Timothy | | | 0.500 | 950.00 | 475.00 |
| | Telephone call with Everlaw db support | | | | | | | |
| 04-18-2025 | Approved | Telephone Call | McInnis, Timothy | | | 0.500 | 950.00 | 475.00 |
| | Telephone call with Co-counsel PR re D research document production | | | | | | | |
| 04-18-2025 | Approved | Telephone Call | McInnis, Timothy | | | 0.300 | 950.00 | 285.00 |
| | Telephone call with Client RY re D time document production | | | | | | | |
| 04-18-2025 | Approved | Review Discovery | McInnis, Timothy | | | 5.000 | 950.00 | 4,750.00 |
| | Everylaw research | | | | | | | |
| 04-19-2025 | Approved | Legal Research | McInnis, Timothy | | | 1.000 | 950.00 | 950.00 |
| | Legal research re misallocation of costs among projects | | | | | | | |
| 04-19-2025 | Approved | Review Discovery | McInnis, Timothy | | | 2.000 | 950.00 | 1,900.00 |
| | re completeness time fraud and research fraud production | | | | | | | |
| 04-19-2025 | Approved | Review Discovery | McInnis, Timothy | | | 4.000 | 950.00 | 3,800.00 |
| | Everlaw re time fraud | | | | | | | |
| 04-20-2025 | Approved | Review Discovery | McInnis, Timothy | | | 4.000 | 950.00 | 3,800.00 |
| | re time fraud | | | | | | | |
| 04-21-2025 | Approved | Review Discovery | McInnis, Timothy | | | 8.500 | 950.00 | 8,075.00 |
| | re time fraud | | | | | | | |
| 04-21-2025 | Approved | Telephone Call | McInnis, Timothy | | | 0.300 | 950.00 | 285.00 |
| | Telephone call with JG re Touhy | | | | | | | |
| 04-22-2025 | Approved | Review Discovery | McInnis, Timothy | | | 3.500 | 950.00 | 3,325.00 |
| | re time fraud | | | | | | | |
| 04-22-2025 | Approved | Telephone Call | McInnis, Timothy | | | 0.300 | 950.00 | 285.00 |
| | Telephone call with JG Co-counsel re Touny | | | | | | | |
| 04-22-2025 | Approved | Telephone Call | McInnis, Timothy | | | 0.200 | 950.00 | 190.00 |
| | JAG re Touhy request | | | | | | | |
| 04-23-2025 | Approved | Telephone Call | McInnis, Timothy | | | 0.300 | 950.00 | 285.00 |
| | Telephone call with Repariodata re ediscovery | | | | | | | |
| 04-24-2025 | Approved | Draft Document External | McInnis, Timothy | | | 0.500 | 950.00 | 475.00 |
| | Draft/edit bcy Court fee supplement application | | | | | | | |

# Time Entries
## McInnis Law

Professional = All (Active Only)
Group By Professional Group
Client - Matter = Johnson v. Chromologic (Active Only)
Activity Code = All
View = Original
From 06-10-2018 To 07-10-2026

| Date | Status | Activity | Professional | Start | Stop | Duration | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| ***Johnson, Donald*** | | | | | | | | |
| **Johnson v. Chromologic** | | | | | | | | |
| 04-24-2025 | Approved | Telephone Call | McInnis, Timothy | | | 0.300 | 950.00 | 285.00 |
| | cc Co-counsel JAG and SMS re discovery | | | | | | | |
| 04-24-2025 | Approved | Telephone Call | McInnis, Timothy | | | 0.500 | 950.00 | 475.00 |
| | cc Co-counsel re depositions | | | | | | | |
| 04-29-2025 | Approved | Review Discovery | McInnis, Timothy | | | 5.500 | 950.00 | 5,225.00 |
| | re time fraud | | | | | | | |
| 05-01-2025 | Approved | Draft Document External | McInnis, Timothy | | | 0.300 | 950.00 | 285.00 |
| | Draft/edit supplement retainer application Yae bcy | | | | | | | |
| 05-01-2025 | Approved | Meeting Virtual | McInnis, Timothy | | | 1.200 | 950.00 | 1,140.00 |
| | Meeting virtually with Everlaw re database use training | | | | | | | |
| 05-02-2025 | Approved | Telephone Call | McInnis, Timothy | | | 0.200 | 950.00 | 190.00 |
| | Co-counsel PR re schedule | | | | | | | |
| 05-03-2025 | Approved | Review Discovery | McInnis, Timothy | | | 2.000 | 950.00 | 1,900.00 |
| | Time Fraud | | | | | | | |
| 05-05-2025 | Approved | Review Discovery | McInnis, Timothy | | | 1.000 | 950.00 | 950.00 |
| | re Covisus | | | | | | | |
| 05-05-2025 | Approved | Draft Discovery Requests | McInnis, Timothy | | | 0.500 | 950.00 | 475.00 |
| | Draft/edit First 30b6 depo notice | | | | | | | |
| 05-06-2025 | Approved | Review Discovery | McInnis, Timothy | | | 1.500 | 950.00 | 1,425.00 |
| | re time fraud | | | | | | | |
| 05-16-2025 | Approved | Telephone Call | McInnis, Timothy | | | 0.200 | 950.00 | 190.00 |
| | Telephone call with RY 2x re depo and Dixon | | | | | | | |
| 05-16-2025 | Approved | Draft Discovery Requests | McInnis, Timothy | | | 1.000 | 950.00 | 950.00 |
| | Draft/edit depo notices 6 CL ees | | | | | | | |
| 05-16-2025 | Approved | Review Discovery | McInnis, Timothy | | | 1.000 | 950.00 | 950.00 |
| | re Everlaw re timefraud | | | | | | | |
| 05-17-2025 | Approved | Draft Document External | McInnis, Timothy | | | 2.000 | 950.00 | 1,900.00 |
| | Draft/edit Fisher declaration | | | | | | | |
| 05-18-2025 | Approved | Draft Document External | McInnis, Timothy | | | 5.000 | 950.00 | 4,750.00 |
| | Fisher draft declaration | | | | | | | |
| 05-19-2025 | Approved | Telephone Call | McInnis, Timothy | | | 1.300 | 950.00 | 1,235.00 |
| | Telephone calls with witness Lukaszewicz and Client DJ | | | | | | | |
| 05-19-2025 | Approved | Draft Document External | McInnis, Timothy | | | 7.200 | 950.00 | 6,840.00 |
| | Draft/edit amended 30b6 notice and draft Lukaszewica declaration; texts to Makeki, Steinberg, Yu, Heidari | | | | | | | |

# Time Entries

**McInnis Law**

Professional = All (Active Only)
Group By Professional Group
Client - Matter = Johnson v. Chromologic (Active Only)
Activity Code = All
View = Original
From 06-10-2018 To 07-10-2026

| Date | Status | Activity | Professional | Start | Stop | Duration | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| ***Johnson, Donald*** | | | | | | | | |
| **Johnson v. Chromologic** | | | | | | | | |
| 05-20-2025 | Approved | Draft Document External | McInnis, Timothy | | | 6.500 | 950.00 | 6,175.00 |
| | timesheet analyses to Client and deficient document production to Ds | | | | | | | |
| 05-20-2025 | Approved | Telephone Call | McInnis, Timothy | | | 0.400 | 950.00 | 380.00 |
| | Telephone calls Client DJ re Lukaszewicz Steinberg time; telephone call Steinberg | | | | | | | |
| 05-21-2025 | Approved | Telephone Call | McInnis, Timothy | | | 0.400 | 950.00 | 380.00 |
| | Telephone calls with Client RY re time fraud | | | | | | | |
| 05-21-2025 | Approved | Review Production | McInnis, Timothy | | | 7.000 | 950.00 | 6,650.00 |
| | Review Production by D re time fraud | | | | | | | |
| 05-22-2025 | Approved | Review Production | McInnis, Timothy | | | 5.500 | 950.00 | 5,225.00 |
| | Review Production by D re time fraud Maleki | | | | | | | |
| 05-22-2025 | Approved | Review Court Document | McInnis, Timothy | | | 0.100 | 950.00 | 95.00 |
| | Review Court's individual rule/order/decision: bcy atty appointment order | | | | | | | |
| 05-22-2025 | Approved | Telephone Call | McInnis, Timothy | | | 0.100 | 950.00 | 95.00 |
| | rm Co-counsel JG re Touhy | | | | | | | |
| 05-23-2025 | Approved | Telephone Call | McInnis, Timothy | | | 1.100 | 950.00 | 1,045.00 |
| | Telephone call with Maleki re declaration | | | | | | | |
| 05-23-2025 | Approved | Review Production | McInnis, Timothy | | | 2.000 | 950.00 | 1,900.00 |
| | Review Production by D re time fraud Maleki | | | | | | | |
| 05-24-2025 | Approved | Review Discovery | McInnis, Timothy | | | 5.000 | 950.00 | 4,750.00 |
| | re Maleki time | | | | | | | |
| 05-25-2025 | Approved | Draft Document External | McInnis, Timothy | | | 8.000 | 950.00 | 7,600.00 |
| | Draft/edit Meleki declaration | | | | | | | |
| 05-26-2025 | Approved | Review Discovery | McInnis, Timothy | | | 5.000 | 950.00 | 4,750.00 |
| | re Lukaszewicz time | | | | | | | |
| 05-27-2025 | Approved | Review Discovery | McInnis, Timothy | | | 3.000 | 950.00 | 2,850.00 |
| | re Fisher time | | | | | | | |
| 05-27-2025 | Approved | Review Discovery | McInnis, Timothy | | | 1.500 | 950.00 | 1,425.00 |
| | re Maleki time | | | | | | | |
| 05-29-2025 | Approved | Draft Document External | McInnis, Timothy | | | 1.500 | 950.00 | 1,425.00 |
| | Draft/edit Fisher declaration | | | | | | | |
| 05-29-2025 | Approved | Telephone Call | McInnis, Timothy | | | 0.400 | 950.00 | 380.00 |
| | Telephone call with Fisher counsel | | | | | | | |
| 05-29-2025 | Approved | Meeting Virtual | McInnis, Timothy | | | 1.200 | 950.00 | 1,140.00 |
| | Meeting virtually with Client DJ and Co-counsel PR re research fraud docs | | | | | | | |

# Time Entries
**McInnis Law**

Professional = All (Active Only)
Group By Professional Group
Client - Matter = Johnson v. Chromologic (Active Only)
Activity Code = All
View = Original
From 06-10-2018 To 07-10-2026

| Date | Status | Activity | Professional | Start | Stop | Duration | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| ***Johnson, Donald*** | | | | | | | | |
| **Johnson v. Chromologic** | | | | | | | | |
| 05-30-2025 | Approved | Miscellaneous | McInnis, Timothy | | | 2.000 | 950.00 | 1,900.00 |
| | prepare deposition schedule and notices | | | | | | | |
| 05-31-2025 | Approved | Review Discovery | McInnis, Timothy | | | 8.000 | 950.00 | 7,600.00 |
| | re time fraud documents & finalize Maleki declaration re same | | | | | | | |
| 06-01-2025 | Approved | Review Discovery | McInnis, Timothy | | | 5.500 | 950.00 | 5,225.00 |
| | re time fraud documents and prepare analyses re Lukaszewicz, Sannibale, Yu, Steinberg, Heidari and Tsang time. | | | | | | | |
| 06-01-2025 | Approved | Telephone Call | McInnis, Timothy | | | 2.600 | 950.00 | 2,470.00 |
| | Telephone call with Tsang re time fraud | | | | | | | |
| 06-02-2025 | Approved | Telephone Call | McInnis, Timothy | | | 0.100 | 950.00 | 95.00 |
| | Telephone call with D re depos | | | | | | | |
| 06-02-2025 | Approved | Review Discovery | McInnis, Timothy | | | 8.000 | 950.00 | 7,600.00 |
| | re time fraud documents and prepare analyses re Yae time. | | | | | | | |
| 06-03-2025 | Approved | Review Discovery | McInnis, Timothy | | | 8.500 | 950.00 | 8,075.00 |
| | Prepare Lukaszewicz data and decl, prepare Heidari data and analysis to witness, review and edit Touhy request, analyze Yae time documents. Rsolve Ds protected documents issue and coordinate with Everlaw | | | | | | | |
| 06-03-2025 | Approved | Telephone Call | McInnis, Timothy | | | 0.200 | 950.00 | 190.00 |
| | Telephone call with CA Process Server re Yu | | | | | | | |
| 06-03-2025 | Approved | Telephone Call | McInnis, Timothy | | | 0.200 | 950.00 | 190.00 |
| | Telephone call with Heidari | | | | | | | |
| 06-04-2025 | Approved | Review 3d P Document | McInnis, Timothy | | | 0.500 | 950.00 | 475.00 |
| | Review declaration drafted by/from Heidari | | | | | | | |
| 06-04-2025 | Approved | Miscellaneous | McInnis, Timothy | | | 0.500 | 950.00 | 475.00 |
| | Tcs and emails with Everlaw re protected password docs overlay | | | | | | | |
| 06-04-2025 | Approved | Review Discovery Requests | McInnis, Timothy | | | 0.500 | 950.00 | 475.00 |
| | Review Discovery Requests Touhy | | | | | | | |
| 06-04-2025 | Approved | Telephone Call | McInnis, Timothy | | | 0.100 | 950.00 | 95.00 |
| | Telephone call with Heidari | | | | | | | |
| 06-05-2025 | Approved | Review Discovery | McInnis, Timothy | | | 6.000 | 950.00 | 5,700.00 |
| | re time fraud | | | | | | | |
| 06-05-2025 | Approved | Telephone Call | McInnis, Timothy | | | 0.100 | 950.00 | 95.00 |
| | Lm Sannibale | | | | | | | |
| 06-05-2025 | Approved | Telephone Call | McInnis, Timothy | | | 0.400 | 950.00 | 380.00 |
| | Telephone call with JG Touhy | | | | | | | |
| 06-06-2025 | Approved | Review Discovery | McInnis, Timothy | | | 5.000 | 950.00 | 4,750.00 |
| | re time fraud | | | | | | | |

# Time Entries

## McInnis Law

Professional = All (Active Only)
Group By Professional Group
Client - Matter = Johnson v. Chromologic (Active Only)
Activity Code = All
View = Original
From 06-10-2018 To 07-10-2026

| Date | Status | Activity | Professional | Start | Stop | Duration | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| ***Johnson, Donald*** | | | | | | | | |
| **Johnson v. Chromologic** | | | | | | | | |
| 06-07-2025 | Approved | Telephone Call | McInnis, Timothy | | | 0.400 | 950.00 | 380.00 |
| | Telephone calls with process server Sannibale | | | | | | | |
| 06-07-2025 | Approved | Internet Research | McInnis, Timothy | | | 3.500 | 950.00 | 3,325.00 |
| | Internet Research re locate Sannibale and process server; email local counsel | | | | | | | |
| 06-07-2025 | Approved | Email(s) | McInnis, Timothy | | | 0.400 | 950.00 | 380.00 |
| | Email(s) to/from Yu | | | | | | | |
| 06-08-2025 | Approved | Draft Document External | McInnis, Timothy | | | 2.500 | 950.00 | 2,375.00 |
| | prepare for and draft/edit proposed Yu declaration | | | | | | | |
| 06-09-2025 | Approved | Meeting Virtual | McInnis, Timothy | | | 1.000 | 950.00 | 950.00 |
| | Meeting virtually with Cork Esq and Co-counsel PR re Lukaszewicz | | | | | | | |
| 06-09-2025 | Approved | Telephone Call | McInnis, Timothy | | | 0.600 | 950.00 | 570.00 |
| | Meeting virtually with Co-counsel PR re Lukaszewicz | | | | | | | |
| 06-10-2025 | Approved | Telephone Call | McInnis, Timothy | | | 0.300 | 950.00 | 285.00 |
| | Telephone call with byc atty El re RY representation and designation as depo rep | | | | | | | |
| 06-10-2025 | Approved | Telephone Call | McInnis, Timothy | | | 0.100 | 950.00 | 95.00 |
| | Telephone call with Heidari re decl | | | | | | | |
| 06-11-2025 | Approved | Miscellaneous | McInnis, Timothy | | | 1.400 | 950.00 | 1,330.00 |
| | travel and logistical plans for depositions June 18-19 | | | | | | | |
| 06-11-2025 | Approved | Telephone Call | McInnis, Timothy | | | 1.500 | 950.00 | 1,425.00 |
| | Telephone call with x re Client RY re depo prep | | | | | | | |
| 06-11-2025 | Approved | Telephone Call | McInnis, Timothy | | | 0.300 | 950.00 | 285.00 |
| | Client DJ re Sannibale declaration | | | | | | | |
| 06-11-2025 | Approved | Telephone Call | McInnis, Timothy | | | 0.100 | 950.00 | 95.00 |
| | Telephone call with Sannibale re decl | | | | | | | |
| 06-12-2025 | Approved | Review Discovery | McInnis, Timothy | | | 1.700 | 950.00 | 1,615.00 |
| | review and analyze Yu proposed declaration and billable hours | | | | | | | |
| 06-13-2025 | Approved | Telephone Call | McInnis, Timothy | | | 0.400 | 950.00 | 380.00 |
| | Telephone call with co-counsel re Dixon and Moreno time | | | | | | | |
| 06-13-2025 | Approved | Email(s) | McInnis, Timothy | | | 0.200 | 950.00 | 190.00 |
| | Email(s) to/from Sannibale re decl | | | | | | | |
| 06-13-2025 | Approved | Telephone Call | McInnis, Timothy | | | 0.300 | 950.00 | 285.00 |
| | Telephone calls with Vangeloow Esq re Fisher Decl, Cork Esq re Lukaszewicz depo; Johson re time fraud wits | | | | | | | |
| 06-14-2025 | Approved | Telephone Call | McInnis, Timothy | | | 0.200 | 950.00 | 190.00 |
| | Telephone call with Yae re time fraud wits | | | | | | | |

# Time Entries

## McInnis Law

Professional = All (Active Only)
Group By Professional Group
Client - Matter = Johnson v. Chromologic (Active Only)
Activity Code = All
View = Original
From 06-10-2018 To 07-10-2026

| Date | Status | Activity | Professional | Start | Stop | Duration | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| ***Johnson, Donald*** | | | | | | | | |
| **Johnson v. Chromologic** | | | | | | | | |
| 06-16-2025 | Approved | Telephone Call | McInnis, Timothy | | | 0.100 | 950.00 | 95.00 |
| | Telephone call with Everlaw r e data base | | | | | | | |
| 06-16-2025 | Approved | Telephone Call | McInnis, Timothy | | | 0.300 | 950.00 | 285.00 |
| | Telephone calls with Yae re time fraud wits | | | | | | | |
| 06-16-2025 | Approved | Deposition Preparation | McInnis, Timothy | | | 1.800 | 950.00 | 1,710.00 |
| | Deposition Preparation Zoom with Client Yae | | | | | | | |
| 06-17-2025 | Approved | Telephone Call | McInnis, Timothy | | | 0.200 | 950.00 | 190.00 |
| | Telephone call with Everlaw r e data base | | | | | | | |
| 06-17-2025 | Approved | Telephone Call | McInnis, Timothy | | | 0.400 | 950.00 | 380.00 |
| | Telephone call with Co-counsel JG re strategy; telephone call Co-counsel PR same | | | | | | | |
| 06-17-2025 | Approved | Telephone Call | McInnis, Timothy | | | 0.500 | 950.00 | 475.00 |
| | Telephone calls with Clients re time fraud wits; Co-counsel, Co-counsel PR depo sched | | | | | | | |
| 06-17-2025 | Approved | Travel | McInnis, Timothy | | | 10.000 | 950.00 | 9,500.00 |
| | Travel to/from JH and LA re depos | | | | | | | |
| 06-18-2025 | Approved | Deposition Preparation | McInnis, Timothy | | | 2.000 | 950.00 | 1,900.00 |
| | Deposition Preparation | | | | | | | |
| 06-18-2025 | Approved | Deposition | McInnis, Timothy | | | 9.000 | 950.00 | 8,550.00 |
| | Deposition | | | | | | | |
| 06-19-2025 | Approved | Deposition Preparation | McInnis, Timothy | | | 1.500 | 950.00 | 1,425.00 |
| | Deposition Preparation | | | | | | | |
| 06-19-2025 | Approved | Deposition | McInnis, Timothy | | | 9.000 | 950.00 | 8,550.00 |
| | Depositions | | | | | | | |
| 06-20-2025 | Approved | Travel | McInnis, Timothy | | | 11.500 | 950.00 | 10,925.00 |
| | Travel to/from JA and Garrison re deposition | | | | | | | |
| 06-23-2025 | Approved | Draft Document External | McInnis, Timothy | | | 0.500 | 950.00 | 475.00 |
| | Draft/edit Fisher and Sannibale decl | | | | | | | |
| 06-27-2025 | Approved | Internet Research | McInnis, Timothy | | | 1.400 | 950.00 | 1,330.00 |
| | Internet Research re Ohagan and Sims FCA cases as prep for settlement discussions | | | | | | | |
| 06-27-2025 | Approved | Telephone Call Preparation | McInnis, Timothy | | | 1.500 | 950.00 | 1,425.00 |
| | Preparation for telephone call with atty team and then Client re strategy and task allocation | | | | | | | |
| 06-27-2025 | Approved | Miscellaneous | McInnis, Timothy | | | 0.400 | 950.00 | 380.00 |
| | exhibit to Steinberg court reporter | | | | | | | |
| 06-27-2025 | Approved | Telephone Call | McInnis, Timothy | | | 0.800 | 950.00 | 760.00 |
| | Telephone call with Clients re CL's new deposition witnesses | | | | | | | |

# Time Entries

**McInnis Law**

Professional = All (Active Only)
Group By Professional Group
Client - Matter = Johnson v. Chromologic (Active Only)
Activity Code = All
View = Original
From 06-10-2018 To 07-10-2026

| Date | Status | Activity | Professional | Start | Stop | Duration | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| ***Johnson, Donald*** | | | | | | | | |
| **Johnson v. Chromologic** | | | | | | | | |
| 06-27-2025 | Approved | Draft Discovery Requests | McInnis, Timothy | | | 1.300 | 950.00 | 1,235.00 |
| | Draft/edit stipulation re Timesheet spreadsheet | | | | | | | |
| 06-28-2025 | Approved | Draft Document External | McInnis, Timothy | | | 0.700 | 950.00 | 665.00 |
| | Locate and Draft/edit email Pavlova | | | | | | | |
| 06-29-2025 | Approved | Draft Document External | McInnis, Timothy | | | 1.500 | 950.00 | 1,425.00 |
| | Locate and Draft/edit emails Sheng, Burns, Miller | | | | | | | |
| 07-01-2025 | Approved | Draft Discovery Requests | McInnis, Timothy | | | 1.500 | 950.00 | 1,425.00 |
| | Draft/edit renewed email production demand | | | | | | | |
| 07-02-2025 | Approved | Telephone Call | McInnis, Timothy | | | 1.000 | 950.00 | 950.00 |
| | Telephone call with Co-counsel and Client re research fraud analysis | | | | | | | |
| 07-03-2025 | Approved | Telephone Call | McInnis, Timothy | | | 1.000 | 950.00 | 950.00 |
| | Telephone call with Wit Sheng and Co-counsel PR re Theraspec fraud | | | | | | | |
| 07-07-2025 | Approved | Draft Document External | McInnis, Timothy | | | 2.400 | 950.00 | 2,280.00 |
| | Draft/edit Sheng Declaration and email | | | | | | | |
| 07-07-2025 | Approved | Legal Research | McInnis, Timothy | | | 3.600 | 950.00 | 3,420.00 |
| | Legal research re penalties: how to calculate number and ranage | | | | | | | |
| 07-08-2025 | Approved | Draft Document External | McInnis, Timothy | | | 3.000 | 950.00 | 2,850.00 |
| | Prep to Draft/edit Ford and Cartland decls | | | | | | | |
| 07-08-2025 | Approved | Telephone Call | McInnis, Timothy | | | 0.100 | 950.00 | 95.00 |
| | Telephone call with RY re Cartland decl | | | | | | | |
| 07-10-2025 | Approved | Draft Document External | McInnis, Timothy | | | 1.200 | 950.00 | 1,140.00 |
| | Draft/edit Ford decl | | | | | | | |
| 07-10-2025 | Approved | Telephone Call | McInnis, Timothy | | | 0.300 | 950.00 | 285.00 |
| | Telephone calls with Ford re declaration | | | | | | | |
| 07-11-2025 | Approved | Telephone Call | McInnis, Timothy | | | 0.200 | 950.00 | 190.00 |
| | Telephone call with Diamond Esq re Chi depo site for Ford | | | | | | | |
| 07-11-2025 | Approved | Draft Discovery Requests | McInnis, Timothy | | | 0.500 | 950.00 | 475.00 |
| | Draft/edit notice to Ds re prediscovery motion meet and confer | | | | | | | |
| 07-15-2025 | Approved | Review Discovery Responses | McInnis, Timothy | | | 0.500 | 950.00 | 475.00 |
| | Concerning Ps premotion notice | | | | | | | |
| 07-16-2025 | Approved | Telephone Call | McInnis, Timothy | | | 0.800 | 950.00 | 760.00 |
| | Telephone calls with coc PR discovery | | | | | | | |
| 07-16-2025 | Approved | Meeting Virtual | McInnis, Timothy | | | 0.700 | 950.00 | 665.00 |
| | Ds & coc PR re prediscovery motion meet and confer | | | | | | | |

# Time Entries

**McInnis Law**

Professional = All (Active Only)
Group By Professional Group
Client - Matter = Johnson v. Chromologic (Active Only)
Activity Code = All
View = Original
From 06-10-2018 To 07-10-2026

## *Johnson, Donald*

### Johnson v. Chromologic

| Date | Status | Activity | Professional | Start | Stop | Duration | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| 07-29-2025 | Approved | Deposition Preparation | McInnis, Timothy | | | 5.000 | 950.00 | 4,750.00 |
| | Deposition Preparation | | | | | | | |
| 07-29-2025 | Approved | Telephone Call | McInnis, Timothy | | | 0.700 | 950.00 | 665.00 |
| | Co-counsel JAG re discovery | | | | | | | |
| 07-30-2025 | Approved | Telephone Call | McInnis, Timothy | | | 0.500 | 950.00 | 475.00 |
| | Telephone call with DJ re depos | | | | | | | |
| 07-30-2025 | Approved | Review Discovery | McInnis, Timothy | | | 0.500 | 950.00 | 475.00 |
| | re Magtat data | | | | | | | |
| 07-31-2025 | Approved | Miscellaneous | McInnis, Timothy | | | 1.300 | 950.00 | 1,235.00 |
| | Various activities, including arrange for mediation, pay for depositions and coordinate upcoming depositions with local counsel | | | | | | | |
| 08-02-2025 | Approved | Telephone Call | McInnis, Timothy | | | 0.300 | 950.00 | 285.00 |
| | Telephone call with DJ re research fraud wits | | | | | | | |
| 08-02-2025 | Approved | Telephone Call | McInnis, Timothy | | | 0.200 | 950.00 | 190.00 |
| | DJ re depos | | | | | | | |
| 08-04-2025 | Approved | Telephone Call | McInnis, Timothy | | | 0.200 | 950.00 | 190.00 |
| | DJ re depos | | | | | | | |
| 08-04-2025 | Approved | Telephone Call | McInnis, Timothy | | | 0.200 | 950.00 | 190.00 |
| | Telephone call with DJ re depo wits | | | | | | | |
| 08-07-2025 | Approved | Deposition Preparation | McInnis, Timothy | | | 9.000 | 950.00 | 8,550.00 |
| | Deposition Preparation | | | | | | | |
| 08-07-2025 | Approved | Telephone Call | McInnis, Timothy | | | 1.400 | 950.00 | 1,330.00 |
| | Telephone calls with D and with Co-counsel PR re depositions | | | | | | | |
| 08-08-2025 | Approved | Telephone Call | McInnis, Timothy | | | 0.400 | 950.00 | 380.00 |
| | Telephone call with Co-counsel PR and Client DJ depo prep | | | | | | | |
| 08-08-2025 | Approved | Deposition Preparation | McInnis, Timothy | | | 9.000 | 950.00 | 8,550.00 |
| | Deposition Preparation | | | | | | | |
| 08-09-2025 | Approved | Deposition Preparation | McInnis, Timothy | | | 9.000 | 950.00 | 8,550.00 |
| | Deposition Preparation | | | | | | | |
| 08-09-2025 | Approved | Telephone Call | McInnis, Timothy | | | 0.200 | 950.00 | 190.00 |
| | Telephone call with RY re depos | | | | | | | |
| 08-10-2025 | Approved | Deposition Preparation | McInnis, Timothy | | | 2.500 | 950.00 | 2,375.00 |
| | Deposition Preparation | | | | | | | |
| 08-10-2025 | Approved | Travel | McInnis, Timothy | | | 0.000 | 950.00 | 0.00 |
| | Travel to/from LA NYC depositions | | | | | | | |

# Time Entries

## McInnis Law

Professional = All (Active Only)
Group By Professional Group
Client - Matter = Johnson v. Chromologic (Active Only)
Activity Code = All
View = Original
From 06-10-2018 To 07-10-2026

| Date | Status | Activity | Professional | Start | Stop | Duration | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| ***Johnson, Donald*** | | | | | | | | |
| **Johnson v. Chromologic** | | | | | | | | |
| 08-10-2025 | Approved | Travel | McInnis, Timothy | | | 10.500 | 950.00 | 9,975.00 |
| | Travel to/from NYC to LA depositions | | | | | | | |
| 08-11-2025 | Approved | Deposition | McInnis, Timothy | | | 7.500 | 950.00 | 7,125.00 |
| | Deposition Kyubws & Starbird | | | | | | | |
| 08-11-2025 | Approved | Deposition Preparation | McInnis, Timothy | | | 5.500 | 950.00 | 5,225.00 |
| | Deposition Preparation | | | | | | | |
| 08-12-2025 | Approved | Deposition Preparation | McInnis, Timothy | | | 6.000 | 950.00 | 5,700.00 |
| | Deposition Preparation | | | | | | | |
| 08-12-2025 | Approved | Deposition | McInnis, Timothy | | | 7.000 | 950.00 | 6,650.00 |
| | Deposition 30b6 | | | | | | | |
| 08-13-2025 | Approved | Deposition | McInnis, Timothy | | | 7.000 | 950.00 | 6,650.00 |
| | Deposition Axtelle | | | | | | | |
| 08-13-2025 | Approved | Deposition Preparation | McInnis, Timothy | | | 4.000 | 950.00 | 3,800.00 |
| | Deposition Preparation | | | | | | | |
| 08-14-2025 | Approved | Deposition | McInnis, Timothy | | | 6.000 | 950.00 | 5,700.00 |
| | Deposition Nguyen | | | | | | | |
| 08-14-2025 | Approved | Deposition Preparation | McInnis, Timothy | | | 2.000 | 950.00 | 1,900.00 |
| | Deposition Preparation | | | | | | | |
| 08-15-2025 | Approved | Deposition | McInnis, Timothy | | | 7.000 | 950.00 | 6,650.00 |
| | Deposition Menon Yea | | | | | | | |
| 08-15-2025 | Approved | Telephone Call | McInnis, Timothy | | | 0.600 | 950.00 | 570.00 |
| | JAG re depos | | | | | | | |
| 08-15-2025 | Approved | Telephone Call | McInnis, Timothy | | | 0.500 | 950.00 | 475.00 |
| | DJ re depos | | | | | | | |
| 08-18-2025 | Approved | Telephone Call | McInnis, Timothy | | | 0.400 | 950.00 | 380.00 |
| | Telephone call with Fisher depo | | | | | | | |
| 08-18-2025 | Approved | Deposition Preparation | McInnis, Timothy | | | 1.000 | 950.00 | 950.00 |
| | Deposition Preparation Johnson | | | | | | | |
| 08-18-2025 | Approved | Deposition | McInnis, Timothy | | | 9.500 | 950.00 | 9,025.00 |
| | Deposition Johnson | | | | | | | |
| 08-19-2025 | Approved | Deposition Preparation | McInnis, Timothy | | | 3.000 | 950.00 | 2,850.00 |
| | Deposition Preparation Roger | | | | | | | |
| 08-19-2025 | Approved | Deposition | McInnis, Timothy | | | 6.000 | 950.00 | 5,700.00 |
| | Deposition Rogers | | | | | | | |

# Time Entries

**McInnis Law**

Professional = All (Active Only)
Group By Professional Group
Client - Matter = Johnson v. Chromologic (Active Only)
Activity Code = All
View = Original
From 06-10-2018 To 07-10-2026

## *Johnson, Donald*

### Johnson v. Chromologic

| Date | Status | Activity | Professional | Start | Stop | Duration | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| 08-20-2025 | Approved | Travel | McInnis, Timothy | | | 14.000 | 950.00 | 13,300.00 |
| | Travel to/from LA NYC; prep mediation statement; prepare discovery deficiency demand | | | | | | | |
| 08-21-2025 | Approved | Deposition Preparation | McInnis, Timothy | | | 5.000 | 950.00 | 4,750.00 |
| | Post Deposition Preparation | | | | | | | |
| 08-21-2025 | Approved | Telephone Call | McInnis, Timothy | | | 0.500 | 950.00 | 475.00 |
| | Telephone call with witness Julian Down, tc coc JG re DCAA Touhy | | | | | | | |
| 08-21-2025 | Approved | Telephone Call | McInnis, Timothy | | | 0.500 | 950.00 | 475.00 |
| | case status | | | | | | | |
| 08-22-2025 | Approved | Meeting preparation | McInnis, Timothy | | | 6.000 | 950.00 | 5,700.00 |
| | Preparation for Mediation | | | | | | | |
| 08-22-2025 | Approved | Telephone Call | McInnis, Timothy | | | 0.600 | 950.00 | 570.00 |
| | Telephone call with DCMA re Touhy | | | | | | | |
| 08-25-2025 | Approved | Draft Discovery Requests | McInnis, Timothy | | | 6.000 | 950.00 | 5,700.00 |
| | Review file and Draft/edit demands, R response to doc demands | | | | | | | |
| 08-25-2025 | Approved | Telephone Call | McInnis, Timothy | | | 0.100 | 950.00 | 95.00 |
| | Telephone call with Co-counsel JG re Touhy | | | | | | | |
| 08-25-2025 | Approved | Draft Discovery Requests | McInnis, Timothy | | | 1.500 | 950.00 | 1,425.00 |
| | Draft/edit doc discovery demand follow up and prep meet and confer | | | | | | | |
| 08-27-2025 | Approved | Telephone Call | McInnis, Timothy | | | 1.500 | 950.00 | 1,425.00 |
| | Telephone call with SF re depo prep | | | | | | | |
| 08-28-2025 | Approved | Telephone Call | McInnis, Timothy | | | 0.400 | 950.00 | 380.00 |
| | Telephone call with D discovery meet and confer | | | | | | | |
| 08-28-2025 | Approved | Telephone Call | McInnis, Timothy | | | 0.100 | 950.00 | 95.00 |
| | Telephone call with RY re CL depos | | | | | | | |
| 08-29-2025 | Approved | Telephone Call | McInnis, Timothy | | | 1.500 | 950.00 | 1,425.00 |
| | Telephone call with wit Down & 2 tcs PR same | | | | | | | |
| 09-01-2025 | Approved | Deposition Preparation | McInnis, Timothy | | | 3.000 | 950.00 | 2,850.00 |
| | Deposition Preparation Maleki | | | | | | | |
| 09-01-2025 | Approved | Deposition | McInnis, Timothy | | | 1.500 | 950.00 | 1,425.00 |
| | Deposition Maleki | | | | | | | |
| 09-02-2025 | Approved | Deposition | McInnis, Timothy | | | 3.500 | 950.00 | 3,325.00 |
| | Deposition Sheng | | | | | | | |
| 09-02-2025 | Approved | Meeting Virtual | McInnis, Timothy | | | 0.700 | 950.00 | 665.00 |
| | Meeting virtually with atty team re final prep discovery & mediation | | | | | | | |

# Time Entries

**McInnis Law**

Professional = All (Active Only)
Group By Professional Group
Client - Matter = Johnson v. Chromologic (Active Only)
Activity Code = All
View = Original
From 06-10-2018 To 07-10-2026

| Date | Status | Activity | Professional | Start | Stop | Duration | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| ***Johnson, Donald*** | | | | | | | | |
| **Johnson v. Chromologic** | | | | | | | | |
| 09-02-2025 | Approved | Telephone Call | McInnis, Timothy | | | 0.100 | 950.00 | 95.00 |
| | DJ re depos | | | | | | | |
| 09-03-2025 | Approved | Telephone Call | McInnis, Timothy | | | 0.100 | 950.00 | 95.00 |
| | RY re mediation | | | | | | | |
| 09-03-2025 | Approved | Deposition Preparation | McInnis, Timothy | | | 1.000 | 950.00 | 950.00 |
| | Deposition Preparation Fisher | | | | | | | |
| 09-03-2025 | Approved | Deposition | McInnis, Timothy | | | 3.000 | 950.00 | 2,850.00 |
| | Deposition Fisher | | | | | | | |
| 09-03-2025 | Approved | Draft Document Internal | McInnis, Timothy | | | 0.400 | 950.00 | 380.00 |
| | Draft/edit internal analysis to team re Fisher | | | | | | | |
| 09-03-2025 | Approved | Telephone Call | McInnis, Timothy | | | 0.200 | 950.00 | 190.00 |
| | Telephone call with coc re moreno depo avail | | | | | | | |
| 09-04-2025 | Approved | Telephone Call | McInnis, Timothy | | | 0.100 | 950.00 | 95.00 |
| | RY re mediation | | | | | | | |
| 09-05-2025 | Approved | Telephone Call | McInnis, Timothy | | | 0.500 | 950.00 | 475.00 |
| | Telephone call with DCAA re wits | | | | | | | |
| 09-05-2025 | Approved | Telephone Call | McInnis, Timothy | | | 0.300 | 950.00 | 285.00 |
| | Telephone call with RY re depositions and upcoming activities | | | | | | | |
| 09-07-2025 | Approved | Mediation Preparation | McInnis, Timothy | | | 7.000 | 950.00 | 6,650.00 |
| | Mediation Preparation draft mediation statement | | | | | | | |
| 09-08-2025 | Approved | Mediation Preparation | McInnis, Timothy | | | 5.000 | 950.00 | 4,750.00 |
| | Mediation Preparation: draft statement and circulate to team | | | | | | | |
| 09-08-2025 | Approved | Telephone Call | McInnis, Timothy | | | 0.100 | 950.00 | 95.00 |
| | RY mediation | | | | | | | |
| 09-09-2025 | Approved | Mediation Preparation | McInnis, Timothy | | | 1.200 | 950.00 | 1,140.00 |
| | Mediation Preparation: draft statement and circulate to team | | | | | | | |
| 09-11-2025 | Approved | Mediation Preparation | McInnis, Timothy | | | 7.000 | 950.00 | 6,650.00 |
| | Mediation Preparation project summary | | | | | | | |
| 09-11-2025 | Approved | Telephone Call | McInnis, Timothy | | | 0.100 | 950.00 | 95.00 |
| | Telephone call with DJ re midos type of k | | | | | | | |
| 09-12-2025 | Approved | Meeting Virtual | McInnis, Timothy | | | 1.700 | 950.00 | 1,615.00 |
| | Meeting virtually with DCAA wits | | | | | | | |
| 09-12-2025 | Approved | Telephone Call | McInnis, Timothy | | | 0.600 | 950.00 | 570.00 |
| | Telephone call with Kastner DOJ re mediation | | | | | | | |

# Time Entries

## McInnis Law

Professional = All (Active Only)
Group By Professional Group
Client - Matter = Johnson v. Chromologic (Active Only)
Activity Code = All
View = Original
From 06-10-2018 To 07-10-2026

| Date | Status | Activity | Professional | Start | Stop | Duration | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| ***Johnson, Donald*** | | | | | | | | |
| <u>**Johnson v. Chromologic**</u> | | | | | | | | |
| 09-13-2025 | Approved | Mediation Preparation | McInnis, Timothy | | | 7.000 | 950.00 | 6,650.00 |
| | Mediation Preparation draft project summary | | | | | | | |
| 09-13-2025 | Approved | Telephone Call | McInnis, Timothy | | | 0.200 | 950.00 | 190.00 |
| | DJ re mediation | | | | | | | |
| 09-13-2025 | Approved | Telephone Call | McInnis, Timothy | | | 0.300 | 950.00 | 285.00 |
| | DJ mediation | | | | | | | |
| 09-14-2025 | Approved | Mediation Preparation | McInnis, Timothy | | | 5.000 | 950.00 | 4,750.00 |
| | Mediation Preparation locate, review and save key emails | | | | | | | |
| 09-16-2025 | Approved | Draft Document External | McInnis, Timothy | | | 0.200 | 950.00 | 190.00 |
| | Draft/edit mediation statement to D | | | | | | | |
| 09-19-2025 | Approved | Mediation Preparation | McInnis, Timothy | | | 0.800 | 950.00 | 760.00 |
| | Mediation Preparation | | | | | | | |
| 09-19-2025 | Approved | Mediation | McInnis, Timothy | | | 3.000 | 950.00 | 2,850.00 |
| | Mediation | | | | | | | |
| 09-19-2025 | Approved | Telephone Call | McInnis, Timothy | | | 0.400 | 950.00 | 380.00 |
| | Telephone call with PR re mediation | | | | | | | |
| 09-22-2025 | Approved | Telephone Call | McInnis, Timothy | | | 0.900 | 950.00 | 855.00 |
| | Telephone calls with J Infante and PR and Dan Kastner DOJ | | | | | | | |
| 09-22-2025 | Approved | Mediation Preparation | McInnis, Timothy | | | 3.500 | 950.00 | 3,325.00 |
| | Mediation Preparation | | | | | | | |
| 09-22-2025 | Approved | Evidence Review Documents | McInnis, Timothy | | | 2.500 | 950.00 | 2,375.00 |
| | Download and Review Depo transcripts: Fisher, Steinberg, Nguyen | | | | | | | |
| 09-23-2025 | Approved | Evidence Review Documents | McInnis, Timothy | | | 0.600 | 950.00 | 570.00 |
| | Download and Review Depo transcripts: Lukaszaweicz, Kyuba and Press | | | | | | | |
| 09-23-2025 | Approved | Mediation | McInnis, Timothy | | | 2.500 | 950.00 | 2,375.00 |
| | Mediation | | | | | | | |
| 09-23-2025 | Approved | Telephone Call | McInnis, Timothy | | | 0.900 | 950.00 | 855.00 |
| | Telephone call with DJ, with JG, with PR | | | | | | | |
| 09-23-2025 | Approved | Mediation Preparation | McInnis, Timothy | | | 1.500 | 950.00 | 1,425.00 |
| | Mediation Preparation Fisher time analysis | | | | | | | |
| 09-23-2025 | Approved | Telephone Call | McInnis, Timothy | | | 0.500 | 950.00 | 475.00 |
| | Co-counsel JAG re mediation | | | | | | | |
| 09-24-2025 | Approved | Telephone Call | McInnis, Timothy | | | 0.400 | 950.00 | 380.00 |
| | DJ re mediation | | | | | | | |

# Time Entries

**McInnis Law**

Professional = All (Active Only)
Group By Professional Group
Client - Matter = Johnson v. Chromologic (Active Only)
Activity Code = All
View = Original
From 06-10-2018 To 07-10-2026

## *Johnson, Donald*

### Johnson v. Chromologic

| Date | Status | Activity | Professional | Start | Stop | Duration | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| 09-24-2025 | Approved | Mediation Preparation | McInnis, Timothy | | | 0.800 | 950.00 | 760.00 |
| | Mediation Preparation: analysis to Bcy Trustee | | | | | | | |
| 09-24-2025 | Approved | Telephone Call | McInnis, Timothy | | | 0.200 | 950.00 | 190.00 |
| | Telephone call with JG re mediation | | | | | | | |
| 09-24-2025 | Approved | Telephone Call | McInnis, Timothy | | | 0.100 | 950.00 | 95.00 |
| | Telephone call with Yae re mediation | | | | | | | |
| 09-24-2025 | Approved | Telephone Call | McInnis, Timothy | | | 0.100 | 950.00 | 95.00 |
| | Telephone call with PR re mediation | | | | | | | |
| 09-24-2025 | Approved | Telephone Call | McInnis, Timothy | | | 0.200 | 950.00 | 190.00 |
| | Telephone call with Sims re mediation | | | | | | | |
| 09-24-2025 | Approved | Telephone Call | McInnis, Timothy | | | 0.400 | 950.00 | 380.00 |
| | Telephone call with Johnson re mediation | | | | | | | |
| 09-24-2025 | Approved | Telephone Call | McInnis, Timothy | | | 0.900 | 950.00 | 855.00 |
| | Telephone call with Bcy Trustee and Counsel re mediation | | | | | | | |
| 09-24-2025 | Approved | Mediation Preparation | McInnis, Timothy | | | 3.500 | 950.00 | 3,325.00 |
| | Mediation Preparation develop offer plan | | | | | | | |
| 09-25-2025 | Approved | Legal Research | McInnis, Timothy | | | 5.000 | 950.00 | 4,750.00 |
| | Legal research re fraud in inducement, R 15b2, analyze FAC | | | | | | | |
| 09-25-2025 | Approved | Telephone Call | McInnis, Timothy | | | 0.700 | 950.00 | 665.00 |
| | Telephone call with JAG Fraud in the Inducement (FITI) | | | | | | | |
| 09-25-2025 | Approved | Telephone Call | McInnis, Timothy | | | 0.500 | 950.00 | 475.00 |
| | Co-counsel JAG re mediaiton and possible withdrawal | | | | | | | |
| 09-29-2025 | Approved | Telephone Call | McInnis, Timothy | | | 0.200 | 950.00 | 190.00 |
| | DJ pretrial filings | | | | | | | |
| 10-04-2025 | Approved | Telephone Call | McInnis, Timothy | | | 0.200 | 950.00 | 190.00 |
| | Telephone call with DJ pretrial motions | | | | | | | |
| 10-04-2025 | Approved | Motions in limine draft | McInnis, Timothy | | | 1.000 | 950.00 | 950.00 |
| | Draft motions in limine - review/download/organize all filings | | | | | | | |
| 10-06-2025 | Approved | Motions in limine draft | McInnis, Timothy | | | 7.000 | 950.00 | 6,650.00 |
| | Draft motions in limine opp Ds motions | | | | | | | |
| 10-12-2025 | Approved | Draft Court Papers | McInnis, Timothy | | | 10.000 | 950.00 | 9,500.00 |
| | Draft court papers re statement of uncontested facts | | | | | | | |
| 10-14-2025 | Approved | Draft Court Papers | McInnis, Timothy | | | 1.500 | 950.00 | 1,425.00 |
| | Draft court papers re statement of uncontested facts | | | | | | | |

# Time Entries

## McInnis Law

Professional = All (Active Only)
Group By Professional Group
Client - Matter = Johnson v. Chromologic (Active Only)
Activity Code = All
View = Original
From 06-10-2018 To 07-10-2026

| Date | Status | Activity | Professional | Start | Stop | Duration | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| ***Johnson, Donald*** | | | | | | | | |
| **Johnson v. Chromologic** | | | | | | | | |
| 10-15-2025 | Approved | Telephone Call | McInnis, Timothy | | | 0.100 | 950.00 | 95.00 |
| | DJ re pretrial motions | | | | | | | |
| 10-16-2025 | Approved | Telephone Call | McInnis, Timothy | | | 0.200 | 950.00 | 190.00 |
| | RY wits | | | | | | | |
| 10-16-2025 | Approved | Travel | McInnis, Timothy | | | 2.000 | 950.00 | 1,900.00 |
| | Travel to/from JH NY and Omni LA re FPTC (12:30 pm ET to ) aborted r/t JH JFK | | | | | | | |
| 10-16-2025 | Approved | Trial Preparation | McInnis, Timothy | | | 4.000 | 950.00 | 3,800.00 |
| | Prep fptc, tc Yae, contact 3p wits, subpoena cl wits | | | | | | | |
| 10-18-2025 | Approved | Trial Preparation | McInnis, Timothy | | | 10.500 | 950.00 | 9,975.00 |
| | Trial Preparation revised Ex List, Fisher depo excerpts | | | | | | | |
| 10-19-2025 | Approved | Telephone Call | McInnis, Timothy | | | 0.600 | 950.00 | 570.00 |
| | Telephone call with Yae re testimony prep | | | | | | | |
| 10-19-2025 | Approved | Telephone Call | McInnis, Timothy | | | 0.400 | 950.00 | 380.00 |
| | Telephone call with Sheng re testimony prep | | | | | | | |
| 10-19-2025 | Approved | Trial Preparation | McInnis, Timothy | | | 4.500 | 950.00 | 4,275.00 |
| | Trial Preparation exh list, issue trial subpoenas, Fisher designations | | | | | | | |
| 10-19-2025 | Approved | Telephone Call | McInnis, Timothy | | | 0.600 | 950.00 | 570.00 |
| | RY re pretrial motions | | | | | | | |
| 10-20-2025 | Approved | Telephone Call | McInnis, Timothy | | | 0.100 | 950.00 | 95.00 |
| | DJ re pretrial motions | | | | | | | |
| 10-20-2025 | Approved | Trial Preparation | McInnis, Timothy | | | 0.000 | 950.00 | 0.00 |
| | Trial Preparation exh list, Fisher designations | | | | | | | |
| 10-20-2025 | Approved | Trial Preparation | McInnis, Timothy | | | 10.000 | 950.00 | 9,500.00 |
| | Trial Preparation exh list, exh stipulations, wit estimates, Fisher designations | | | | | | | |
| 10-21-2025 | Approved | Trial Preparation | McInnis, Timothy | | | 7.000 | 950.00 | 6,650.00 |
| | Trial Preparation exh list, exh stipulations, wit estimates, Fisher designations | | | | | | | |
| 10-22-2025 | Approved | Trial Preparation | McInnis, Timothy | | | 8.500 | 950.00 | 8,075.00 |
| | Trial Preparation exh list, exh stipulations, wit estimates, Fisher designations, prep Yae; prep Johnson | | | | | | | |
| 10-22-2025 | Approved | Telephone Call | McInnis, Timothy | | | 0.600 | 950.00 | 570.00 |
| | DJ re pretrial motions | | | | | | | |
| 10-22-2025 | Approved | Telephone Call | McInnis, Timothy | | | 0.100 | 950.00 | 95.00 |
| | RY pretrial motioins | | | | | | | |
| 10-23-2025 | Approved | Telephone Call | McInnis, Timothy | | | 0.100 | 950.00 | 95.00 |
| | RY re wits | | | | | | | |

# Time Entries

**McInnis Law**

Professional = All (Active Only)
Group By Professional Group
Client - Matter = Johnson v. Chromologic (Active Only)
Activity Code = All
View = Original
From 06-10-2018 To 07-10-2026

| Date | Status | Activity | Professional | Start | Stop | Duration | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| ***Johnson, Donald*** | | | | | | | | |
| **Johnson v. Chromologic** | | | | | | | | |
| 10-23-2025 | Approved | Trial Preparation | McInnis, Timothy | | | 9.500 | 950.00 | 9,025.00 |
| | Trial Preparation RY DJ time sheet analysis; Maleki timesheet analysis | | | | | | | |
| 10-23-2025 | Approved | Travel | McInnis, Timothy | | | 3.000 | 950.00 | 2,850.00 |
| | Travel to/from JH JFK | | | | | | | |
| 10-24-2025 | Approved | Trial Preparation | McInnis, Timothy | | | 6.000 | 950.00 | 5,700.00 |
| | Trial Preparation time sheet analysis; Lukaszaweicz, Moreno, Maleki, timesheet analysis, tcs DJ and RY | | | | | | | |
| 10-24-2025 | Approved | Telephone Call | McInnis, Timothy | | | 0.100 | 950.00 | 95.00 |
| | DJ trial prep | | | | | | | |
| 10-25-2025 | Approved | Telephone Call | McInnis, Timothy | | | 1.200 | 950.00 | 1,140.00 |
| | DJ re trial prep | | | | | | | |
| 10-25-2025 | Approved | Telephone Call | McInnis, Timothy | | | 1.300 | 950.00 | 1,235.00 |
| | Telephone call with Client DJ re trial prep | | | | | | | |
| 10-26-2025 | Approved | Trial Preparation | McInnis, Timothy | | | 9.500 | 950.00 | 9,025.00 |
| | Trial Preparation telephone call Yae, Tc wit Dixon, Tc Sheng, prepare wit script, pre Yae paper time analysis, review and amend Ex list | | | | | | | |
| 10-26-2025 | Approved | Telephone Call | McInnis, Timothy | | | 0.400 | 950.00 | 380.00 |
| | RY status | | | | | | | |
| 10-27-2025 | Approved | Trial Preparation | McInnis, Timothy | | | 5.000 | 950.00 | 4,750.00 |
| | Trial Preparation analyze Yae time; telephone call Yae, telephone call Johnson, prep exhibits for Moreno | | | | | | | |
| 10-28-2025 | Approved | Trial Preparation | McInnis, Timothy | | | 9.500 | 950.00 | 9,025.00 |
| | Trial witness scripts | | | | | | | |
| 10-28-2025 | Approved | Trial Preparation | McInnis, Timothy | | | 0.000 | 950.00 | 0.00 |
| | Trial Preparation witness scripts | | | | | | | |
| 10-28-2025 | Approved | Telephone Call | McInnis, Timothy | | | 0.100 | 950.00 | 95.00 |
| | RY status | | | | | | | |
| 10-29-2025 | Approved | Telephone Call | McInnis, Timothy | | | 0.100 | 950.00 | 95.00 |
| | RY re wits | | | | | | | |
| 10-29-2025 | Approved | Trial Preparation | McInnis, Timothy | | | 3.000 | 950.00 | 2,850.00 |
| | Trial Preparation: witness scripts and exhibits | | | | | | | |
| 10-29-2025 | Approved | Meeting Virtual | McInnis, Timothy | | | 2.000 | 950.00 | 1,900.00 |
| | Meeting virtually with Maleki wit prep | | | | | | | |
| 10-30-2025 | Approved | Telephone Call | McInnis, Timothy | | | 0.300 | 950.00 | 285.00 |
| | Telephone call with PR re spoliation | | | | | | | |
| 10-30-2025 | Approved | Meeting Virtual | McInnis, Timothy | | | 0.800 | 950.00 | 760.00 |
| | Meeting virtually with Moreno wit prep | | | | | | | |

# Time Entries
## McInnis Law

Professional = All (Active Only)
Group By Professional Group
Client - Matter = Johnson v. Chromologic (Active Only)
Activity Code = All
View = Original
From 06-10-2018 To 07-10-2026

| Date | Status | Activity | Professional | Start | Stop | Duration | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| ***Johnson, Donald*** | | | | | | | | |
| **Johnson v. Chromologic** | | | | | | | | |
| 10-30-2025 | Approved | Meeting Virtual | McInnis, Timothy | | | 0.700 | 950.00 | 665.00 |
| | Meeting virtually with Sheng wit prep | | | | | | | |
| 10-31-2025 | Approved | Trial Preparation | McInnis, Timothy | | | 6.000 | 950.00 | 5,700.00 |
| | Trial Preparation | | | | | | | |
| 10-31-2025 | Approved | Telephone Call | McInnis, Timothy | | | 0.200 | 950.00 | 190.00 |
| | DJ re trial prep | | | | | | | |
| 11-01-2025 | Approved | Telephone Call | McInnis, Timothy | | | 0.600 | 950.00 | 570.00 |
| | DJ trial prep | | | | | | | |
| 11-01-2025 | Approved | Telephone Call | McInnis, Timothy | | | 0.600 | 950.00 | 570.00 |
| | Telephone call with Johnson re wit prep | | | | | | | |
| 11-01-2025 | Approved | Telephone Call | McInnis, Timothy | | | 0.400 | 950.00 | 380.00 |
| | Telephone call with S Dixon re time cards | | | | | | | |
| 11-01-2025 | Approved | Trial Preparation | McInnis, Timothy | | | 6.000 | 950.00 | 5,700.00 |
| | Trial Preparation organize exhibits | | | | | | | |
| 11-02-2025 | Approved | Telephone Call | McInnis, Timothy | | | 0.900 | 950.00 | 855.00 |
| | Telephone call with RY wit prep | | | | | | | |
| 11-02-2025 | Approved | Trial Preparation | McInnis, Timothy | | | 5.000 | 950.00 | 4,750.00 |
| | Trial Preparation draft wit scripts | | | | | | | |
| 11-02-2025 | Approved | Telephone Call | McInnis, Timothy | | | 0.900 | 950.00 | 855.00 |
| | Telephone call with RY re stl | | | | | | | |
| 11-04-2025 | Approved | Trial Preparation | McInnis, Timothy | | | 7.500 | 950.00 | 7,125.00 |
| | Trial Preparation organize FPTC materials and exhibits | | | | | | | |
| 11-05-2025 | Approved | Telephone Call | McInnis, Timothy | | | 0.900 | 950.00 | 855.00 |
| | Telephone call with Ds re exhibits; telephone call PR same | | | | | | | |
| 11-06-2025 | Approved | Telephone Call | McInnis, Timothy | | | 0.300 | 950.00 | 285.00 |
| | RY re stl | | | | | | | |
| 11-06-2025 | Approved | Telephone Call | McInnis, Timothy | | | 0.100 | 950.00 | 95.00 |
| | DJ trial prep | | | | | | | |
| 11-07-2025 | Approved | Telephone Call | McInnis, Timothy | | | 0.600 | 950.00 | 570.00 |
| | DJ trial prep | | | | | | | |
| 11-12-2025 | Approved | Telephone Call | McInnis, Timothy | | | 0.600 | 950.00 | 570.00 |
| | RY re trial prep | | | | | | | |
| 11-12-2025 | Approved | Telephone Call | McInnis, Timothy | | | 0.400 | 950.00 | 380.00 |
| | DJ trial prep | | | | | | | |

# Time Entries

**McInnis Law**

Professional = All (Active Only)
Group By Professional Group
Client - Matter = Johnson v. Chromologic (Active Only)
Activity Code = All
View = Original
From 06-10-2018 To 07-10-2026

| Date | Status | Activity | Professional | Start | Stop | Duration | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| ***Johnson, Donald*** | | | | | | | | |
| **Johnson v. Chromologic** | | | | | | | | |
| 11-13-2025 | Approved | Telephone Call | McInnis, Timothy | | | 0.400 | 950.00 | 380.00 |
| | Telephone call with RY re trial prep | | | | | | | |
| 11-19-2025 | Approved | Telephone Call | McInnis, Timothy | | | 0.300 | 950.00 | 285.00 |
| | RY re trial prep | | | | | | | |
| 11-19-2025 | Approved | Legal Research | McInnis, Timothy | | | 1.500 | 950.00 | 1,425.00 |
| | Legal research re harmless failure to compute damages and otherwise been made known | | | | | | | |
| 11-19-2025 | Approved | Mediation Preparation | McInnis, Timothy | | | 6.000 | 950.00 | 5,700.00 |
| | Mediation Preparation damages analysis | | | | | | | |
| 11-25-2025 | Approved | Telephone Call | McInnis, Timothy | | | 0.300 | 950.00 | 285.00 |
| | RY re mediation | | | | | | | |
| 11-28-2025 | Approved | Draft Court Papers | McInnis, Timothy | | | 1.500 | 950.00 | 1,425.00 |
| | substitution of party and order and attachment | | | | | | | |
| 11-30-2025 | Approved | Telephone Call | McInnis, Timothy | | | 0.600 | 950.00 | 570.00 |
| | Telephone call with DJ re mediation | | | | | | | |
| 11-30-2025 | Approved | Telephone Call | McInnis, Timothy | | | 0.200 | 950.00 | 190.00 |
| | RY re mediation | | | | | | | |
| 11-30-2025 | Approved | Telephone Call | McInnis, Timothy | | | 0.200 | 950.00 | 190.00 |
| | RY re mediation | | | | | | | |
| 11-30-2025 | Approved | Telephone Call | McInnis, Timothy | | | 0.600 | 950.00 | 570.00 |
| | DJ mediation | | | | | | | |
| 12-02-2025 | Approved | Telephone Call | McInnis, Timothy | | | 0.000 | 950.00 | 0.00 |
| | Telephone call with bcy trustee re mediation | | | | | | | |
| 12-08-2025 | Approved | Draft Document External | McInnis, Timothy | | | 2.000 | 950.00 | 1,900.00 |
| | Draft/edit settlement projects and provisions for payments, interest and covered conduct | | | | | | | |
| 12-18-2025 | Approved | Telephone Call | McInnis, Timothy | | | 0.600 | 950.00 | 570.00 |
| | DJ re settlement | | | | | | | |
| 12-18-2025 | Approved | Telephone Call | McInnis, Timothy | | | 0.200 | 950.00 | 190.00 |
| | Telephone call with RY re stl | | | | | | | |
| 01-22-2026 | Approved | Telephone Call | McInnis, Timothy | | | 0.100 | 950.00 | 95.00 |
| | Telephone call with Co-counsel re Yae representation issues | | | | | | | |
| 01-22-2026 | Approved | Draft Document External | McInnis, Timothy | | | 4.000 | 950.00 | 3,800.00 |
| | Draft/edit settlement agreement and stipulation of dismissal | | | | | | | |
| 01-23-2026 | Approved | Draft Document External | McInnis, Timothy | | | 3.500 | 950.00 | 3,325.00 |
| | Draft/edit settlement agreement and stipulation of dismissal | | | | | | | |

# Time Entries

**McInnis Law**

Professional = All (Active Only)
Group By Professional Group
Client - Matter = Johnson v. Chromologic (Active Only)
Activity Code = All
View = Original
From 06-10-2018 To 07-10-2026

| Date | Status | Activity | Professional | Start | Stop | Duration | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| ***Johnson, Donald*** | | | | | | | | |
| **Johnson v. Chromologic** | | | | | | | | |
| 02-03-2026 | Approved | Draft Document External | McInnis, Timothy | | | 0.400 | 950.00 | 380.00 |
| | Draft/edit substitution and retainer emails to Clients | | | | | | | |
| 02-03-2026 | Approved | Review Court Document | McInnis, Timothy | | | 0.300 | 950.00 | 285.00 |
| | Review Court's individual rule/order/decision:status conf order | | | | | | | |
| 02-05-2026 | Approved | Telephone Call | McInnis, Timothy | | | 0.700 | 950.00 | 665.00 |
| | Telephone call with Co-counsel JAG and PR re settlement | | | | | | | |
| 02-14-2026 | Approved | Draft Document External | McInnis, Timothy | | | 6.000 | 950.00 | 5,700.00 |
| | Draft/edit relator's share memo | | | | | | | |
| 02-16-2026 | Approved | Draft Document External | McInnis, Timothy | | | 1.100 | 950.00 | 1,045.00 |
| | Draft/edit relator's share memo | | | | | | | |
| 02-17-2026 | Approved | Draft Document External | McInnis, Timothy | | | 4.000 | 950.00 | 3,800.00 |
| | Legal research re 3730d2 and finalize and submit share memo | | | | | | | |
| 03-02-2026 | Approved | Email(s) | McInnis, Timothy | | | 0.400 | 950.00 | 380.00 |
| | Email(s) to/from D, Co-counsel, United States Government re finalize settlement and file R41 | | | | | | | |
| | | | | **Matter Total** | | **909.600** | | **864,120.00** |
| | | | | **Client Total** | | **909.600** | | **864,120.00** |
| | | | | **Grand Total** | | **909.600** | | **864,120.00** |

# EXHIBIT 2

TimeSolv

# Search

johnson From 2018-04-09 To 2026-07-08

1 to 50 of 71 records

| Date | Professional | Client - Matter | Expense Code | Quantity | Price Per Unit | Markup | Total | Status | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2020-01-02 | McInnis, Timothy | Johnson, Donald - Johnson v. Chromologic | PHV Fee | 1.00 | $10.000 | | $10.00 | | | Edit |
| Pro Hac Vice Fee-Certificate Good Standing | | | | | | | | | | |
| 2020-02-26 | McInnis, Timothy | Johnson, Donald - Johnson v. Chromologic | Filing Fee Federal | 1.00 | $1,502.810 | | $1,502.81 | | | Edit |
| Filing Fee Federal: compl, Pro Hac Vice Fallati and McInnis, attorney service | | | | | | | | | | |
| 2021-08-05 | McInnis, Timothy | Johnson, Donald - Johnson v. Chromologic | Filing Fee Federal | 1.00 | $402.000 | | $402.00 | | | Edit |
| Complaint Filing Fee Federal-USDC DDC | | | | | | | | | | |
| 2021-09-13 | McInnis, Timothy | Johnson, Donald - Johnson v. Chromologic | PHV Fee | 1.00 | $100.000 | | $100.00 | | | Edit |
| Pro Hac Vice Fee–USDC DDC | | | | | | | | | | |
| 2024-08-27 | McInnis, Timothy | Johnson, Donald - Johnson v. Chromologic | PHV Fee | 1.00 | $500.000 | | $500.00 | | | Edit |
| PHV Fee | | | | | | | | | | |
| 2025-05-06 | McInnis, Timothy | Johnson, Donald - Johnson v. Chromologic | Data Base Hosting Fee | 1.00 | $383.240 | | $383.24 | | | Edit |
| Data Base Hosting Fee–Everlaw Inc | | | | | | | | | | |
| 2025-06-03 | McInnis, Timothy | Johnson, Donald - Johnson v. Chromologic | Process Server | 1.00 | $175.000 | | $175.00 | | | Edit |
| Process Server_Yu deposition subpoena–CaliProServ | | | | | | | | | | |
| 2025-06-06 | McInnis, Timothy | Johnson, Donald - Johnson v. Chromologic | Process Server | 1.00 | $155.000 | | $155.00 | | | Edit |
| Process Server__Sannibal (TX)–Sparred Process Serving | | | | | | | | | | |
| 2025-06-09 | McInnis, Timothy | Johnson, Donald - Johnson v. Chromologic | Process Server | 1.00 | $150.000 | | $150.00 | | | Edit |
| Process Server__Sannibal (CO)–Kristallynn Freel | | | | | | | | | | |

TimeSolv

| | | Matter | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | 2025-06-17 | McInnis, Timothy | Johnson, Donald - Johnson v. Chromologic | Hotel | 1.00 | $1,664.880 | $1,664.88 | | Edit |
| Hotel for depositions in LA (Yae [1&2], Press, Lukaszewicz, Steinberg, Heidari). The Ambrose Hotel. Arrive 6/17/25. Depart 6/20/25 | | | | | | | | | |
| ☐ | 2025-06-17 | McInnis, Timothy | Johnson, Donald - Johnson v. Chromologic | Air Fare | 1.00 | $2,746.600 | $2,746.60 | | Edit |
| Round Trip Air Fare NY JFK:LAX for depositions (Yae, Press, Lukaszewicz, Steinberg, Heidari). Depart 6/17/25. Return 6/20/25. Jet Blue Airlines. Outbound Class D (business) . Return Class C (premium business). | | | | | | | | | |
| ☐ | 2025-06-18 | McInnis, Timothy | Johnson, Donald - Johnson v. Chromologic | Deposition Transcripts | 1.00 | $1,396.600 | $1,396.60 | | Edit |
| Deposition Transcripts_PRESS–Steno Court Reporting | | | | | | | | | |
| ☐ | 2025-06-18 | McInnis, Timothy | Johnson, Donald - Johnson v. Chromologic | Deposition Transcripts | 1.00 | $1,080.010 | $1,080.01 | | Edit |
| Deposition Transcripts_Yae 1–Veritex | | | | | | | | | |
| ☐ | 2025-06-19 | McInnis, Timothy | Johnson, Donald - Johnson v. Chromologic | Deposition Transcripts | 1.00 | $737.830 | $737.83 | | Edit |
| Deposition Transcripts_Yae 2–Veritex | | | | | | | | | |
| ☐ | 2025-06-19 | McInnis, Timothy | Johnson, Donald - Johnson v. Chromologic | Deposition Transcripts | 1.00 | $1,394.000 | $1,394.00 | | Edit |
| Deposition Transcripts_Heidari–Steno Court Reporter | | | | | | | | | |
| ☐ | 2025-06-19 | McInnis, Timothy | Johnson, Donald - Johnson v. Chromologic | Deposition Transcripts | 1.00 | $1,002.250 | $1,002.25 | | Edit |
| Deposition Transcripts_LUKASZEWICZ–Steno Court Reporting | | | | | | | | | |
| ☐ | 2025-06-19 | McInnis, Timothy | Johnson, Donald - Johnson v. Chromologic | Deposition Transcripts | 1.00 | $664.750 | $664.75 | | Edit |
| Deposition Transcripts_Steinberg–Steno Court Reporter | | | | | | | | | |
| ☐ | 2025-06-20 | McInnis, Timothy | Johnson, Donald - Johnson v. Chromologic | Witness Fee | 1.00 | $51.040 | $51.04 | | Edit |
| Witness Fee (Steinberg) | | | | | | | | | |
| ☐ | 2025-06-23 | McInnis, Timothy | Johnson, Donald - Johnson v. Chromologic | Car Service and Cab Fare | 1.00 | $266.330 | $266.33 | | Edit |
| Multiple Uber Car Service Fares for round trip NYC to LA for depositions 6/17/25 to 6/20/25: Home to JFK (6/17/25), LAX to hotel (6/17/25), hotel to co-counsel office (6/18-6/19/25); hotel to LAX (6/20/25), and JFK to Home (6/20/25). | | | | | | | | | |
| ☐ | 2025-07-07 | McInnis, Timothy | Johnson, Donald - Johnson v. Chromologic | Data Base Hosting Fee | 1.00 | $718.580 | $718.58 | | Edit |
| Everlaw, Inc | | | | | | | | | |

TimeSolv

| | | | Matter | | | Unit | | |
|---|---|---|---|---|---|---|---|---|
| ☐ | 2025-08-06 | McInnis, Timothy | Johnson, Donald - Johnson v. Chromologic | Data Base Hosting Fee | 1.00 | $718.580 | $718.58 | Edit |
| Everlaw Inc | | | | | | | | |
| ☐ | 2025-08-10 | McInnis, Timothy | Johnson, Donald - Johnson v. Chromologic | Hotel | 1.00 | $2,559.160 | $2,559.16 | Edit |
| Hotel for depositions in LA (Kyuba, Starbird, Menon [2x], Ngyuen, Axtelle, Yae, Rogers, Johnson). Westin Hotel. Arrive 8/10/25. Depart 8/20/25. | | | | | | | | |
| ☐ | 2025-08-10 | McInnis, Timothy | Johnson, Donald - Johnson v. Chromologic | Air Fare | 1.00 | $1,741.970 | $1,741.97 | Edit |
| Round Trip Air Fare JFK:LAX for depositions (Kyuba, Starbird, Menon [2x], Ngyuen, Axtelle, Yae [3d], Rogers, Johnson). Delta Airlines. Outbound class G (premium economy). Return class A (premium economy). Depart 8/10/25. Return 8/20/25. | | | | | | | | |
| ☐ | 2025-08-10 | McInnis, Timothy | Johnson, Donald - Johnson v. Chromologic | Car Service and Cab Fare | 1.00 | $99.260 | $99.26 | Edit |
| Uber Car Service for round trip NYC to LA for depositioins. Home to JFK (8/10/25) | | | | | | | | |
| ☐ | 2025-08-11 | McInnis, Timothy | Johnson, Donald - Johnson v. Chromologic | Car Service and Cab Fare | 1.00 | $73.940 | $73.94 | Edit |
| Uber Car Service for round trip NYC to LA for depositions. LAX:hotel (8/10/25) | | | | | | | | |
| ☐ | 2025-08-11 | McInnis, Timothy | Johnson, Donald - Johnson v. Chromologic | Deposition Transcripts | 1.00 | $2,657.980 | $2,657.98 | Edit |
| Deposition Transcripts_Kuybwa & Starbird–Veritex | | | | | | | | |
| ☐ | 2025-08-12 | McInnis, Timothy | Johnson, Donald - Johnson v. Chromologic | Deposition Transcripts | 1.00 | $2,085.110 | $2,085.11 | Edit |
| Deposition Transcripts_Menon 1–Veritex | | | | | | | | |
| ☐ | 2025-08-13 | McInnis, Timothy | Johnson, Donald - Johnson v. Chromologic | Deposition Transcripts | 1.00 | $2,213.400 | $2,213.40 | Edit |
| Deposition Transcripts_Axtelle–Veritex | | | | | | | | |
| ☐ | 2025-08-14 | McInnis, Timothy | Johnson, Donald - Johnson v. Chromologic | Deposition Transcripts | 1.00 | $2,250.050 | $2,250.05 | Edit |
| Deposition Transcripts_Nguyen–Veritex | | | | | | | | |
| ☐ | 2025-08-15 | McInnis, Timothy | Johnson, Donald - Johnson v. Chromologic | Deposition Transcripts | 1.00 | $484.520 | $484.52 | Edit |
| Deposition Transcripts_Yae 3–Veritex | | | | | | | | |
| ☐ | 2025-08-15 | McInnis, Timothy | Johnson, Donald - Johnson v. Chromologic | Deposition Transcripts | 1.00 | $2,222.160 | $2,222.16 | Edit |
| Deposition Transcripts_Menon 2–Veritex | | | | | | | | |

TimeSolv

| | Date | | Matter | | | Unit | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | 2025-08-18 | McInnis, Timothy | Johnson, Donald - Johnson v. Chromologic | Deposition Transcripts | 1.00 | $1,753.920 | $1,753.92 | | | Edit |
| | Deposition Transcripts_Johnson–Veritex | | | | | | | | | |
| ☐ | 2025-08-18 | McInnis, Timothy | Johnson, Donald - Johnson v. Chromologic | Car Rental | 1.00 | $146.090 | $146.09 | | | Edit |
| | Car Rental LA during deposition trip. Enterprise Rental. Date out 8/16/25. Date Return 8/18/25. | | | | | | | | | |
| ☐ | 2025-08-18 | McInnis, Timothy | Johnson, Donald - Johnson v. Chromologic | Car Gas | 1.00 | $45.210 | $45.21 | | | Edit |
| | Car Gas Rental Car. Chevron | | | | | | | | | |
| ☐ | 2025-08-19 | McInnis, Timothy | Johnson, Donald - Johnson v. Chromologic | Deposition Transcripts | 1.00 | $2,082.120 | $2,082.12 | | | Edit |
| | Deposition Transcripts_Rogers-Veritex | | | | | | | | | |
| ☐ | 2025-08-20 | McInnis, Timothy | Johnson, Donald - Johnson v. Chromologic | Car Service and Cab Fare | 1.00 | $17.740 | $17.74 | | | Edit |
| | Uber Car Service while in LA for depositions 8/10/25 to 8/20/25) | | | | | | | | | |
| ☐ | 2025-08-20 | McInnis, Timothy | Johnson, Donald - Johnson v. Chromologic | Car Service and Cab Fare | 1.00 | $14.720 | $14.72 | | | Edit |
| | Uber Car Service while in LA for depositions 8/10/25 to 8/20/25) | | | | | | | | | |
| ☐ | 2025-08-20 | McInnis, Timothy | Johnson, Donald - Johnson v. Chromologic | Car Service and Cab Fare | 1.00 | $11.090 | $11.09 | | | Edit |
| | Uber Car Service while in LA for depositions 8/10/25 to 8/20/25) | | | | | | | | | |
| ☐ | 2025-08-20 | McInnis, Timothy | Johnson, Donald - Johnson v. Chromologic | Car Service and Cab Fare | 1.00 | $67.960 | $67.96 | | | Edit |
| | Uber Car Service for LA for depositions (8/10/25 to 8/20/25). Hotel to LAX | | | | | | | | | |
| ☐ | 2025-08-21 | McInnis, Timothy | Johnson, Donald - Johnson v. Chromologic | Car Service and Cab Fare | 1.00 | $73.450 | $73.45 | | | Edit |
| | Uber Car Service for LA for depositions (8/10/25 to 8/20/25). JFK to home | | | | | | | | | |
| ☐ | 2025-08-21 | McInnis, Timothy | Johnson, Donald - Johnson v. Chromologic | Data Base Hosting Fee | 1.00 | $718.580 | $718.58 | | | Edit |
| | Everlaw | | | | | | | | | |
| ☐ | 2025-08-29 | McInnis, Timothy | Johnson, Donald - Johnson v. Chromologic | Mediaiton Fees | 1.00 | $10,813.950 | $10,813.95 | | | Edit |
| | Mediation Fees–JAMS 1st Session | | | | | | | | | |

TimeSolv

| | | | Matter | | Unit | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | 2025-09-01 | McInnis, Timothy | Johnson, Donald - Johnson v. Chromologic | Deposition Transcripts | 1.00 | $1,040.290 | $1,040.29 | | Edit |
| Deposition Transcripts_Maleki–Veritex | | | | | | | | | |
| ☐ | 2025-09-02 | McInnis, Timothy | Johnson, Donald - Johnson v. Chromologic | Deposition Transcripts | 1.00 | $1,360.290 | $1,360.29 | | Edit |
| Deposition Transcripts_Sheng–Veritex | | | | | | | | | |
| ☐ | 2025-09-05 | McInnis, Timothy | Johnson, Donald - Johnson v. Chromologic | Data Base Hosting Fee | 1.00 | $718.580 | $718.58 | | Edit |
| Everlaw Inc | | | | | | | | | |
| ☐ | 2025-09-18 | McInnis, Timothy | Johnson, Donald - Johnson v. Chromologic | Deposition Transcripts | 1.00 | $743.100 | $743.10 | | Edit |
| Deposition Transcripts_Fisher–Veritex | | | | | | | | | |
| ☐ | 2025-10-10 | McInnis, Timothy | Johnson, Donald - Johnson v. Chromologic | Data Base Hosting Fee | 1.00 | $718.580 | $718.58 | | Edit |
| Everlaw Inc | | | | | | | | | |
| ☐ | 2025-10-16 | McInnis, Timothy | Johnson, Donald - Johnson v. Chromologic | Car Service and Cab Fare | 1.00 | $138.030 | $138.03 | | Edit |
| Uber Car Service roundtrip home to JFK re court last minute rescheduled hearing (aborted trip 1) | | | | | | | | | |
| ☐ | 2025-10-16 | McInnis, Timothy | Johnson, Donald - Johnson v. Chromologic | Air Fare | 1.00 | $636.960 | $636.96 | | Edit |
| Round Trip Air Fare for court hearing rescheduled by court while at airport. JFK to LAX. Scheduled departure 10/16/25. American Airlines. Outbound class B (economy). Return Class B (economy). | | | | | | | | | |
| ☐ | 2025-10-23 | McInnis, Timothy | Johnson, Donald - Johnson v. Chromologic | Car Service and Cab Fare | 1.00 | $133.990 | $133.99 | | Edit |
| Uber Car Service roundtrip home to JFK re court last minute rescheduled hearing (aborted trip 2). | | | | | | | | | |

**Total** **$70,259.89**

Built with the OutSystems Platform

TimeSolv

# Search

johnson From 2018-04-09 To 2026-07-08

51 to 71 of 71 records

| Date | Professional | Client - Matter | Expense Code | Quantity | Price Per Unit | Markup | Total | Status | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2025-10-23 | McInnis, Timothy | Johnson, Donald - Johnson v. Chromologic | Air Fare | 1.00 | $959.970 | | $959.97 | | | Edit |
| Aborted Rount Trip Air Fare JFK to LAX for court hearing. Hearing rescheduled by Court while at airport. American Airlines. Scheduled departure 10/23/25. Out bound class L (economy). Return class V (economy). | | | | | | | | | | |
| 2025-11-06 | McInnis, Timothy | Johnson, Donald - Johnson v. Chromologic | Data Base Hosting Fee | 1.00 | $718.580 | | $718.58 | | | Edit |
| Data Base Hosting Fee–Everlaw | | | | | | | | | | |
| 2025-11-09 | McInnis, Timothy | Johnson, Donald - Johnson v. Chromologic | Car Service and Cab Fare | 1.00 | $72.910 | | $72.91 | | | Edit |
| Uber Car Service for round trip NYC to LA for depositions. Home to JFK | | | | | | | | | | |
| 2025-11-09 | McInnis, Timothy | Johnson, Donald - Johnson v. Chromologic | Hotel | 1.00 | $655.310 | | $655.31 | | | Edit |
| Hotel for Court Hrg in LA: Omni Los Angeles Hotel. Arrive 11/9/25. Depart 11/11/25 | | | | | | | | | | |
| 2025-11-09 | McInnis, Timothy | Johnson, Donald - Johnson v. Chromologic | Air Fare | 1.00 | $401.480 | | $401.48 | | | Edit |
| Air Fare for court hearing in LA. One way JFK to LAX. Jetblue Airways. Depart 11/9/25. Class N (economy). | | | | | | | | | | |
| 2025-11-09 | McInnis, Timothy | Johnson, Donald - Johnson v. Chromologic | Air Fare | 1.00 | $50.000 | | $50.00 | | | Edit |
| Suitcase surcharge | | | | | | | | | | |
| 2025-11-10 | McInnis, Timothy | Johnson, Donald - Johnson v. Chromologic | Car Service and Cab Fare | 1.00 | $80.040 | | $80.04 | | | Edit |
| Uber Car Service for round trip NYC to LA for court hearing. LAX to hotel. | | | | | | | | | | |
| 2025-11-11 | McInnis, Timothy | Johnson, Donald - Johnson v. Chromologic | Car Service and Cab Fare | 1.00 | $35.640 | | $35.64 | | | Edit |
| Uber Car Service LA court hrg | | | | | | | | | | |
| 2025-11-12 | McInnis, Timothy | Johnson, Donald - Johnson v. Chromologic | Air Fare | 1.00 | $522.490 | | $522.49 | | | Edi' |

TimeSolv

| Date | User | Matter | Type | Unit | Rate | Amount | | |
|---|---|---|---|---|---|---|---|---|
| Air Fare post-court hearing in LA. One way LAX to JFK. American Airlines. Depart 11/11/25. Class Economy. | | | | | | | | |
| 2025-11-12 | McInnis, Timothy | Johnson, Donald - Johnson v. Chromologic | Car Service and Cab Fare | 1.00 | $162.440 | $162.44 | | Edit |
| Uber Car Service for round trip NYC to LA for court hearing. Hotel to LAX and JFK to Home. | | | | | | | | |
| 2025-11-28 | McInnis, Timothy | Johnson, Donald - Johnson v. Chromologic | Hand-Delivery Courier Service | 1.00 | $100.430 | $100.43 | | Edit |
| Hand-Delivery Courier Service of mediation statement and materials to mediator US Magistrate Judge (ret.) Edward Infante--UPS | | | | | | | | |
| 2025-12-02 | McInnis, Timothy | Johnson, Donald - Johnson v. Chromologic | Mediaiton Fees | 1.00 | $11,300.000 | $11,300.00 | | Edit |
| Mediation Fees--JAMS 2d Session | | | | | | | | |
| 2026-01-24 | McInnis, Timothy | Johnson, Donald - Johnson v. Chromologic | Data Base Hosting Fee | 1.00 | $718.580 | $718.58 | | Edit |
| Data Base Hosting Fee--Everlaw Inc | | | | | | | | |
| 2026-02-09 | McInnis, Timothy | Johnson, Donald - Johnson v. Chromologic | Data Base Hosting Fee | 1.00 | $718.580 | $718.58 | | Edit |
| Data Base Hosting Fee--Everlaw Inc | | | | | | | | |
| 2026-03-11 | McInnis, Timothy | Johnson, Donald - Johnson v. Chromologic | Data Base Hosting Fee | 1.00 | $107.790 | $107.79 | | Edit |
| Everlaw Inc | | | | | | | | |
| 2026-03-17 | McInnis, Timothy | Johnson, Donald - Johnson v. Chromologic | Mediaiton Fees | 1.00 | $-325.000 | $-325.00 | | Edit |
| Mediation Fees--credit | | | | | | | | |
| 2026-04-07 | McInnis, Timothy | Johnson, Donald - Johnson v. Chromologic | Data Base Hosting Fee | 1.00 | $107.790 | $107.79 | | Edit |
| Everlaw Inc | | | | | | | | |
| 2026-05-12 | McInnis, Timothy | Johnson, Donald - Johnson v. Chromologic | Data Base Hosting Fee | 1.00 | $107.790 | $107.79 | | Edit |
| Data Base Hosting Fee--Everlaw Inc | | | | | | | | |
| 2026-06-08 | McInnis, Timothy | Johnson, Donald - Johnson v. Chromologic | Data Base Hosting Fee | 1.00 | $107.790 | $107.79 | | Edit |
| Everlaw Inc | | | | | | | | |
| 2026-07-03 | McInnis, Timothy | Johnson, Donald - Johnson v. Chromologic | Data Base Hosting Fee | 1.00 | $107.790 | $107.79 | | Edit |

TimeSolv

| | | | Matter | | | Unit | | | |
|---|---|---|---|---|---|---|---|---|---|
| ▢ | 2026-07-08 | McInnis, Timothy | Johnson, Donald - Johnson v. Chromologic | Data Base Hosting Fee for April | 1.00 | $107.790 | $107.79 | | Edit |
| | | Total | | | | $70,259.89 | | | |

Built with the OutSystems Platform

# EXHIBIT 3

## DECLARATION OF POOJA RAJARAM

I, Pooja Rajaram, Esq., hereby declare as follows:

1. I am an attorney in the law firm of Kleiman Rajaram, 12121 Wilshire Blvd., Suite 810, Los Angeles, CA, 90025, and am co-counsel for plaintiff-relator Donald Johnson, who has since been substituted by Noelle Johnson, Successor to the Estate of Donald Johnson (deceased), and was formerly co-counsel for plaintiff-relator Haedeuk Yae, who has since been substituted by Sam S. Leslie, Chapter 7 Trustee of the Bankruptcy Estate of Haedeuk Yae ("Trustee"), in a False Claims Act action commenced under its qui tam provisions, 31 U.S.C. § 3730(b), that is pending in the United States District Court for the Central District of California and captioned *United States of America ex rel. Donald Johnson and Haedeuk Yae v. Chromologic LLC And Naresh Menon*, Case No. 2:24-cv-06749-PA-DMKx (C.D. Cal.), (the "Qui Tam Action").

2. I submit this declaration that the time records provided are a true, accurate and correct summary of the time I incurred for this matter.

3. The billing persons included in the bill are as follows:

a. Pooja Rajaram

   i. Graduated from Boston University School of Public Health in 2002 and New England School of Law in 2004.

   ii. Admitted to the bar of the State of California and all District Courts within the State of California.

b. The time records of my partner, Mark Kleiman, have not been included.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 13, 2026, in Los Angeles, CA

Pooja Rajaram

| Date | Matter | Task | Time (hours) |
|---|---|---|---|
| 9/15/2024 | Chromologic | Review FAC draft | 2 |
| 9/17/2024 | Chromologic | Edit and add Qs to FAC draft | 2.1 |
| 9/18/2024 | Chromologic | Final edits to FAC--oversee filing | 1.25 |
| 10/14/2024 | Chromologic | T/C TM re 16/26 disco plan and scheduling | 1.4 |
| 10/31/2024 | Chromologic | Pre- Rule 26 conf--TM | 0.7 |
| 10/31/2024 | Chromologic | Rule 26 conf with D's counsel | 1 |
| 11/12/2024 | Chromologic | Review Rule 26 report/T/C TM | 1.2 |
| 11/26/2024 | Chromologic | T/C TM re scheduling | 0.85 |
| 12/2/2024 | Chromologic | Review Rule 26 disclosures (P) | 1.25 |
| 12/4/2024 | Chromologic | Review Rule 26 disclosures (D) | 0.7 |
| 12/14/2024 | Chromologic | Review relator's document demands and Rogs | 1.4 |
| 12/20/2024 | Chromologic | Review D's rogs to DJ (CL and NM) | 2.2 |
| 1/27/2025 | Chromologic | Review DJ rog responses | 3.5 |
| 2/24/2025 | Chromologic | Review scheduling order | 0.2 |
| 2/25/2025 | Chromologic | T/C TM, JG, SF re discovery/rule 26 report | 0.75 |
| 2/26/2025 | Chromologic | TC re discovery w/D counsel--EC/CS | 0.5 |
| 3/9/2025 | Chromologic | Email to EC re mods to disco schedule | 0.2 |
| 3/11/2025 | Chromologic | Review Email response from EC re disco schedule and list of project files | 0.2 |
| 3/19/2025 | Chromologic | T/C JG, TM re discovery/discovery schedule | 0.6 |
| 3/21/2025 | Chromologic | T/C w/D re scheduling (EC) | 0.5 |
| 3/26/2025 | Chromologic | T/C DJ | 1.3 |
| 4/1/2025 | Chromologic | Email AUSA re Touhy requests | 0.2 |
| 4/1/2025 | Chromologic | Email to DJ re D's document production | 1.2 |
| 4/2/2025 | Chromologic | Review D's document production--ID Qs for DJ | 2.75 |
| 4/7/2025 | Chromologic | Email JG re Touhy contacts | 0.1 |
| 4/9/2025 | Chromologic | Email EC re joint stip to extend time | 0.15 |
| 4/9/2025 | Chromologic | Review TM declaration/send comments to SF | 0.75 |
| 4/10/2025 | Chromologic | T/C DJ re D's document production | 1.4 |
| 4/16/2025 | Chromologic | Finalize joint stip re extension of time | 0.5 |
| 4/18/2025 | Chromologic | Review email--TM re JP | 0.2 |
| 4/21/2025 | Chromologic | Email DJ re review of D's documents | 0.2 |
| 4/21/2025 | Chromologic | Create and send spreadsheets to DJ doc review | 0.7 |
| 5/5/2025 | Chromologic | T/C JG, TM, SF re discovery schedule | 0.3 |
| 5/5/2025 | Chromologic | Review TM email re Covisus | 0.2 |
| 5/6/2025 | Chromologic | Everlaw--review RF documents | 5.5 |
| 5/16/2025 | Chromologic | F/u email w/DJ re completion of review of D's doc production | 0.1 |
| 6/2/2025 | Chromologic | Review LA depo schedule | 0.1 |
| 6/4/2025 | Chromologic | Review RF docs produced--ID Qs for DJ | 4 |
| 6/12/2025 | Chromologic | Review witness declaration | 0.4 |
| 6/18/2025 | Chromologic | Review docs for 6/19 depos | 4 |
| 6/19/2025 | Chromologic | AL Deposition | 2.5 |
| 6/19/2025 | Chromologic | RS deposition | 2 |
| 6/19/2025 | Chromologic | EH deposition | 2.25 |
| 7/2/2025 | Chromologic | Email mediator (DW)--mediator designation | 0.2 |
| 7/3/2025 | Chromologic | Email EC re RF docs to be produced | 0.15 |
| 7/9/2025 | Chromologic | Email--TM re mediators | 0.1 |
| 7/16/2025 | Chromologic | T/C EC, CS, TM re disovery docs | 0.5 |
| 7/27/2025 | Chromologic | Email to DJ re supp rog responses | 0.1 |
| 7/28/2025 | Chromologic | T/C TM re depo scheduling | 0.4 |
| 7/29/2025 | Chromologic | Review docs from D's RF production (DJ list) | 3.2 |
| 7/29/2025 | Chromologic | T/C DJ re supp rog responses | 1 |
| 8/7/2025 | Chromologic | Draft supp document demand--set 4 | 1.3 |
| 8/8/2025 | Chromologic | T/C DJ re supp rog responses | 2.5 |
| 8/8/2025 | Chromologic | Review docs re RF (DJ highlights) | 3 |
| 8/9/2025 | Chromologic | Doc review for depo prep--EK/MS | 4 |
| 8/10/2025 | Chromologic | Draft depo outlines for EK and MS | 5 |
| 8/11/2025 | Chromologic | Deposition EK | 2.2 |
| 8/11/2025 | Chromologic | Deposition MS | 2.4 |
| 8/12/2025 | Chromologic | Draft compliance Qs for JA depo | 1.2 |
| 8/14/2025 | Chromologic | Review and add comments to DJ supp rog responses (Cl and NM) | 2.8 |
| 8/14/2025 | Chromologic | Review and pull documents for NM depo | 3.6 |
| 8/14/2025 | Chromologic | Depo outline NM | 2.3 |

| | | | |
|---|---|---|---|
| 8/15/2025 | Chromologic | Depo--NM | 2.5 |
| 8/16/2025 | Chromologic | Edit and finalize supp rog responses-- DJ | 2.65 |
| 8/17/2025 | Chromologic | Depo outline CR | 4 |
| 8/17/2025 | Chromologic | Pull and review docs for CR depo | 3.2 |
| 8/18/2025 | Chromologic | DJ deposition | 7 |
| 8/19/2025 | Chromologic | CR depo | 3.5 |
| 8/28/2025 | Chromologic | M and C with D counsel | 0.6 |
| 9/2/2025 | Chromologic | SF PHV issue--research | 0.7 |
| 9/8/2025 | Chromologic | RF examples for mediation brief | 4.2 |
| 9/9/2025 | Chromologic | Review mediation brief | 1.25 |
| 9/16/2025 | Chromologic | T/C USG re mediation | 0.5 |
| 9/19/2025 | Chromologic | Mediation | 1.5 |
| 9/28/2025 | Chromologic | Review TM discovery email | 0.3 |
| 9/29/2025 | Chromologic | T/C re disco--TM, MAK | 0.75 |
| 9/29/2025 | Chromologic | Review TM dec re disco | 0.5 |
| 10/2/2025 | Chromologic | Review PA requirements and draft PTCO | 2.4 |
| 10/3/2025 | Chromologic | Review D's proposed pretrial docs | 0.7 |
| 10/3/2025 | Chromologic | Draft memo of contentions of law and fact | 3.3 |
| 10/3/2025 | Chromologic | Review PT materials and make edits to PTCO and settlement statment | 1.7 |
| 10/3/2025 | Chromologic | T/C TM re pretrail documents | 0.5 |
| 10/3/2025 | Chromologic | Oversee pretrial document filings | 2 |
| 10/9/2025 | Chromologic | Review response to MIL re damages | 0.6 |
| 10/12/2025 | Chromologic | Fraud in the Inducment research | 1.65 |
| 10/14/2025 | Chromologic | Review and Edit lead counsel declaration | 0.8 |
| 10/15/2025 | Chromologic | Review final pretrail documents for filing (edited)--jury instruction, joint statement of the case, joint witlist | 1.7 |
| 10/22/2025 | Chromologic | Final edits to lead counsel declaration | 0.6 |
| 10/22/2025 | Chromologic | Oversee filing of edited pre trial documents | 1 |
| 11/5/2025 | Chromologic | M and C with D counsel | 0.75 |
| 11/10/2025 | Chromologic | Final PTC (incl travel time etc) | 4 |
| 12/3/2025 | Chromologic | Mediation--part 2 | 4 |
| 12/23/2025 | Chromologic | Draft and oversee filing of interim status report re settlement and DJ death | 0.8 |
| 1/13/2026 | Chromologic | T/C EC, CS, TM re finalizing settlement | 0.5 |
| 1/25/2026 | Chromologic | T?C re settlemt agreement--TM | 0.5 |

| | |
|---|---|
| Total hours: | 149.9 |
| Hourly rate= $775/hr | $775*149.9 |
| Total: | $116,172.50 |