Mark Allen Kleiman [115919]
Pooja Rajaram [241777]
KLEIMAN RAJARAM
12121 Wilshire Blvd., Ste. 810
Los Angeles, CA 90025
Telephone: (310) 392-5455
Facsimile: (310) 306-8491
Email: mark@krlaw.us
Email: pooja@krlaw.us

Attorneys for Special Party in Interest
Noelle Johnson, as Successor to the
Estate of Donald Johnson

McINNIS LAW
Timothy J. McInnis [7151]
521 Fifth Avenue, 17th Floor
New York, NY 10175
Tel:(212) 292-4573
Fax: (212) 292-4574
Email: tmcinnis@mcinnis-law.com

Applicant for Payment of Final Fees and Expenses
as Former Special Counsel to Chapter 7 Trustee

FILED
SEP 01 2026
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: Deputy Clerk

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>Haedeuk Yae,<br><br>Debtor. | Case No. 2:24-bk-19380-BR<br><br>Hon. Barry Russell<br><br>Chapter 7<br><br>**Stipulation to Continue the Hearing on the Final Application for Allowance and Payment of Fees and Expenses**<br><br>Current<br>Hearing Date: September 8, 2026<br>Hearing Time: 10:00 a.m.<br>Courtroom: 1668<br>255 E. Temple St.<br>Los Angeles, CA 90012 |

Pursuant to Local Bankruptcy Rule 9013-1(m)(2), Applicant McInnis Law, and Sam S. Leslie, Chapter 7 Trustee ("Trustee Leslie"), stipulate, subject to Court approval, as follows:

1. On July 13, 2026, McInnis Law filed a Final Application for Allowance and Payment of Fees and Expenses (and supporting papers) pursuant to Fed.R.Bankr.P 2016 and LBR

2016-1 (the "Application", DE 45-48), which is currently scheduled for hearing on September 8, 2026. The Application s the payment of McInnis Law's fees and expenses as then special counsel for the Trustee in a qui tam False Claims Act action filed the United States District Court for the Central District of California.

2. On August 25, 2026, Trustee Leslie filed papers in opposition to the Application, addressed lack of service and other deficiencies.

3. McInnis Law subsequently determined that approximately 10 creditors in this case were not served with the notice of hearing and related documents regarding the Application.

4. On 8/30/2026, Timothy J. McInnis of McInnis Law spoke with Eric P. Israel, general bankruptcy counsel for Trustee Leslie, acknowledged the lack of service on the creditors, and requested Mr. Israel's consent to adjourn the hearing date on the Application to permit service on the creditors and to remedy any other deficiencies cited in Trustee Leslie's opposition.

5. Mr. Israel agreed to adjourn the hearing and the parties agreed to request the hearing be continued to October 13, 2026 or the earliest available hearing date thereafter.

6. Based on the foregoing, Johnson, McInnis Law, and Trustee Leslie stipulate, subject to Court approval, that the hearing on the Application be continued to October 13, 2026, or as soon thereafter as the Court may hear it, so the creditors can be properly served and so that any other deficiencies, including those related to expenses and co-counsel fees, may be ameliorated. The parties further stipulate that that any material to ameliorate any other deficiencies must be filed at least 21 days before the continued hearing date, any opposition or response to the amelioration material by Trustee Leslie must be served and filed at least 14 days before the continued hearing, any opposition or response to the Application including amelioration material by newly served creditors must be served and filed at least 14 days before the continued hearing, and any reply must be served and filed at least 7 days before the continued hearing.

7. The Parties respectfully request that the Court enter an order on the Parties' Stipulation in the form of the proposed order attached as Exhibit A.

Dated: 8/31/2026

KLEIMAN RAJARAM

By: ______________________
POOJA RAJARAM (SBN 241777)
12121 Wilshire Blvd., Ste. 810
Los Angeles, CA 90025
Telephone: 310-392-5455
Email: pooja@krlaw.us

Attorneys for Special Party In Interest Noelle Johnson, As Successor To The Estate Of Donald Johnson

Dated: 8/31/2026

McINNIS LAW
Timothy J. McInnis [7151]
521 Fifth Avenue, 17th Floor
New York, NY 10175
Tel:(212) 292-4573
Fax: (212) 292-4574
Email: tmcinnis@mcinnis-law.com

Applicant for Payment of Final Fees and Expenses as Former Special Counsel to Chapter 7 Trustee

Dated: 8/31/2026

LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.

By: ______________________
ERIC P. ISRAEL (State Bar No. 132426)
2818 La Cienega Ave.
Los Angeles, California 90034
Telephone: (310) 229-1234
Email: epi@lnbyg.com

Attorneys for Sam S. Leslie, Chapter 7 Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **12121 Wilshire Blvd., Ste. 810, Los Angeles, CA 90025**.

A true and correct copy of the foregoing document entitled

**Stipulation to Continue the Hearing on the Final Application for Allowance and Payment of Fees and Expenses**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On August 31, 2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Attorney for Sam S. Leslie, Chapter 7 Trustee
- Eric P Israel epi@lnbyg.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com

Attorney for Debtor:
- Roland H Kedikian roland@kedikianlaw.com, g2547@notify.cincompass.com; kedikian.rolandb126341@notify.bestcase.com

Chapter 7 Trustee:
- Sam S Leslie (TR) sleslie@trusteeleslie.com, trustee@trusteeleslie.com;C195@ecfcbis.com

Attorney for United States Trustee:
- Kelly L Morrison kelly.l.morrison@usdoj.gov

United States Trustee:
- United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On August 31, 2026, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

If foregoing document is more than 25 pages and filed 14 or more days before the hearing:

Honorable Barry Russell
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1660 / Courtroom 1668
Los Angeles, CA 90012

☒ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on August 31, 2026, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration

that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Email service**:

Attorney for Sam S. Leslie, Chapter 7 Trustee
- **Eric P Israel** epi@lnbyg.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com

Attorney for Debtor:
- Roland H Kedikian roland@kedikianlaw.com, g2547@notify.cincompass.com; kedikian.rolandb126341@notify.bestcase.com

Chapter 7 Trustee:
- Sam S Leslie (TR) sleslie@trusteeleslie.com, trustee@trusteeleslie.com;C195@ecfcbis.com

Attorney for United States Trustee:
- Kelly L Morrison kelly.l.morrison@usdoj.gov

United States Trustee:
- United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov

**Personal delivery or overnight delivery**:

If foregoing document is more than 25 pages and filed less than 14 days before the hearing:

Honorable Barry Russell
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1660
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 31, 2026 | Pooja Rajaram | [signature] |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |