Mark Allen Kleiman [115919]
Pooja Rajaram [241777]
KLEIMAN RAJARAM
12121 Wilshire Blvd., Ste. 810
Los Angeles, CA 90025
Telephone: (310) 392-5455
Facsimile: (310) 306-8491
Email: mark@krlaw.us
Email: pooja@krlaw.us

Attorneys for Special Party in Interest
Noelle Johnson, as Successor to the
Estate of Donald Johnson

McINNIS LAW
Timothy J. McInnis [7151]
521 Fifth Avenue, 17th Floor
New York, NY 10175
Tel:(212) 292-4573
Fax: (212) 292-4574
Email: tmcinnis@mcinnis-law.com

Applicant for Payment of Final Fees and Expenses
as Former Special Counsel to Chapter 7 Trustee

FILED & ENTERED

SEP 02 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY llewis DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>Haedeuk Yae,<br><br>Debtor. | Case No. 2:24-bk-19380-BR<br><br>Hon. Barry Russell<br><br>Chapter 7<br><br>**Order Continuing Hearing on Final Application for Allowance and Payment of Fees and Expenses and Establishing Schedule**<br><br>Current<br>Hearing Date: September 8, 2026<br>Hearing Time: 10:00 a.m.<br><br>Continued<br>Hearing Date: October 20, 2026<br>Hearing Time: 10:00 a.m. |

Having reviewed the stipulation between Applicant McInnis Law, and Sam S. Leslie, Chapter 7 Trustee ("Trustee Leslie"), to continue the hearing date on the Final Application for Allowance and Payment of Fees and Expenses (and supporting papers) (the "Application", DE

45-48), so the creditors can be properly served and so that any other deficiencies, including those related to expenses and co-counsel fees, may be ameliorated, and for good cause shown:

IT IS HEREBY ORDERED that:

1. The hearing date on the Application is continued to October 20, 2026 (the "Hearing").
2. Notice of the Application to creditors and any material to ameliorate other deficiencies in the Application must be served and filed no later than 21 days before the Hearing.
3. Any opposition or response to the amelioration material by Trustee Leslie must be served and filed at least 14 days before the Hearing.
4. Any opposition or response to the Application including amelioration material by newly served creditors must be served and filed at least 14 days before the Hearing.
5. Any reply must be served and filed at least 7 days before the continued hearing.

# # #

Date: September 2, 2026

Barry Russell
United States Bankruptcy Judge