Pooja Rajaram [241777]
Mark Allen Kleiman [115919
KLEIMAN RAJARAM
12121 Wilshire Blvd., Ste. 810
Los Angeles, CA 90025
Telephone: (310) 392-5455
Facsimile: (310) 306-8491
Email: pooja@krlaw.us
Email: mark@krlaw.us

Attorneys for Special Party in Interest
Noelle Johnson, as Successor to the
Estate of Donald Johnson

FILED & ENTERED

SEP 18 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY llewis DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>HAEDEUK YAE,<br><br>Debtor. | Case No. 2:24-bk-19380-BR<br><br>Hon. Barry Russell<br><br>Chapter 7<br><br>ORDER CONTINUING THE HEARING ON THE FINAL APPLICATION FOR ALLOWANCE AND PAYMENT OF FEES AND EXPENSES<br><br>Current Hearing Date:<br>Date: 10/20/26<br>Time: 10:00 a.m.<br>Place: Courtroom 1668<br>255 E. Temple St.<br>Los Angeles, CA 90012<br><br>Continued Hearing Date:<br>Date: 11/3/2026<br>Time: 10:00 a.m.<br>Place: Courtroom 1668<br>255 E. Temple St.<br>Los Angeles, CA 90012 |

Having reviewed the stipulation between Applicant McInnis Law ("McInnis Law"), and Sam S. Leslie, Chapter 7 Trustee ("Trustee Leslie"), to continue the hearing date on McInnis Law's Final Application for Allowance and Payment of Fees and Expenses pursuant to Fed.R.Bankr.P 2016 and LBR 2016-1 (the "Application"), and for good cause shown:

IT IS HEREBY ORDERED that the hearing date on the Application is continued to November 3, 2026 at 10:00 a.m.; and

IT IS FURTHER ORDERED that any material to ameliorate any other deficiencies must be filed at least 21 days before the continued hearing date, any opposition or response to the amelioration material by Trustee Leslie must be served and filed at least 14 days before the continued hearing, any opposition or response to the Application including amelioration material by newly served creditors must be served and filed at least 14 days before the continued hearing, and any reply must be served and filed at least 7 days before the continued hearing.

**IT IS SO ORDERED**.

###

Date: September 18, 2026

Barry Russell
United States Bankruptcy Judge